**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Nevada

Case number (*if known*): _____ Chapter 11 _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

2700 SLOAT HOLDING, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

86-2419383

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| ONE EAST LIBERTY STREET | _____ |
| Number       Street | Number       Street |
| Suite 650 | _____ |
|  | P.O. Box |
| Reno              NV     89501 | _____ |
| City              State   ZIP Code | City              State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| Washoe County | _____ |
| County | Number       Street |
|  | _____ |
|  | City              State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | 2700 SLOAT HOLDING, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

531120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When __ / __ / ____
MM / DD / YYYY

Case number, if known _____

| Debtor | 2700 SLOAT HOLDING, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | 2700 SLOAT HOLDING, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/26/2025
　　　　　　　　MM / DD / YYYY

✖ /s/ RAELYNN HICKEY
Signature of authorized representative of debtor

RAELYNN HICKEY
Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ J. Craig Demetras
Signature of attorney for debtor

Date  06/26/2025
　　　　MM / DD / YYYY

J. Craig Demetras
Printed name

Demetras Law
Firm name

230 E Liberty Street
Number　　　Street

Reno
City

NV
State

89501
ZIP Code

775-348-4600
Contact phone

jcd@demetraslaw.com
Email address

4246
Bar number

NV
State

AMINAM, LLC
12121 WILSHIRE BLVD
SUITE 555
LOS ANGELES, CA 90025

LONE OAK FUND
C/O WOLF, RIFKIN, SHAPIRO, SCHULMAN & RA
11400 WEST OLYMPIC BLVD, 9TH FLOOR
LOS ANGELES, CA 90064-1582

LONE OAK FUND LLC
11611 SAN VICENTE BLVD
LOS ANGELES, CA 90049

PEAK FORECLOSURE SERVICES, INC.
5900 CANOGA AVENUE
SUITE 420
WOODLAND HILLS, CA 91367

PEAK FORECLOSURE SERVICES, INC.
P. O. BOX 23159
SAN DIEGO, CA 92193-3159

REUBIN JUNIUS ROSE
ONE BUSH STREET
SUITE 600
SAN FRANCISCO, CA 94104

SAN FRANCISCO TAX COLLECTOR
SECURED PROPERTY TAX
P. O. BOX 7426
SAN FRANCISCO, CA 94120-7426

SOLOMON CORDWELL BUENZ
255 CALIFORNIA STREET
THIRD FLOOR
SAN FRANCISCO, CA 94111

WOLF, RIFKIN, SHAPIRO, SCHULMAN AND RABKIN, L
C/O SIMON ARON
11400 WEST OLYMPIC BLVD, 9TH FLOOR
LOS ANGELES, CA 90064-1582

United States Bankruptcy Court

District of Nevada

In re: 2700 SLOAT HOLDING, LLC

Case No.

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____06/26/2025_____

/s/ RAELYNN HICKEY
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___2700 SLOAT HOLDING, LLC___

United States Bankruptcy Court for the: ___District of Nevada___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SOLOMON CORDWELL BUENZ 255 CALIFORNIA STREET THIRD FLOOR San Francisco, CA, 94111 | | Services | | | | 129,375.00 |
| 2 | REUBIN JUNIUS ROSE ONE BUSH STREET SUITE 600 San Francisco, CA, 94104 | | Services | | | | 48,529.49 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    2700 SLOAT HOLDING, LLC
_____
            Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Nevada</u>

In re <u>2700 SLOAT HOLDING, LLC</u>

Case No. _____
Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>2700 SLOAT HOLDING, LLC</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

<u>06/26/2025</u>

Date

<u>/s/ J. Craig Demetras</u>

Statement of attorney or Litigant