ROYI MOAS (State Bar No. 10686)
rmoas@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590
South Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

SIMON ARON, *Pro Hac Vice* Pending (CA State Bar No. 108183)
saron@wrslawyers.com
ELSA M. HOROWITZ, *Pro Hac Vice* Pending (CA State Bar No. 195689)
ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Creditor,
LONE OAK FUND, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>2700 SLOAT HOLDING, LLC,<br><br>Debtor. | Case No. 25-50584-hlb<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE THAT creditor Lone Oak Fund, LLC ("Lone Oak"), by and through the undersigned attorney, hereby files this notice of appearance under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices, papers, and pleadings filed in the above-entitled case be provided to the undersigned attorney at the address given below.

NOTICE IS HEREBY GIVEN to all parties in interest that Simon Aron of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP represents creditor Lone Oak in the above-entitled matter and that his address and phone number are:

/ / /

Lone Oak Fund, LLC
c/o Wolf, Rifkin & Shapiro, Schulman & Rabkin, LLP
Attn: Simon Aron, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582

Telephone Number: (310) 478-4100
Facsimile Number: (310) 479-1422

REQUEST IS HEREBY MADE that all parties in interest and all counsel of record provide copies of all notices, papers, and pleadings filed in the above-entitled case to the undersigned attorney at the foregoing address and direct all telephonic communications regarding the above-entitled matter to Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, at the foregoing number. This request encompasses all notices and papers referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the Bankruptcy Court for the District of Nevada and notice of all applications, complaints, demands, hearing, motions, pleadings, and requests.

REQUEST IS ALSO MADE that the debtor and the Clerk of the above-entitled Court place the undersigned counsel and their address as set forth above on any mailing lists or matrix of creditors prepared in the above-entitled case.

DATED: July 1, 2025

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: *\/s/ Simon Aron*
SIMON ARON
Attorneys for Creditor, LONE OAK FUND, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** was served via the United States District Court CM/ECF system and/or via electronic mail on all parties or persons requiring notice:

- **CHAPTER 11 - RN** USTPRegion17.RE.ECF@usdoj.gov
- **J CRAIG DEMETRAS** mail@demetras-oneill.com, jcd@demetraslaw.com
- **U.S. TRUSTEE - RN - 11** USTPRegion17.RE.ECF@usdoj.gov
- **JARED A. DAY** jared.a.day@usdoj.gov

By ______________________________
John Narcise, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP