ROYI MOAS (State Bar No. 10686)
rmoas@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590
South Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

SIMON ARON (CA State Bar No. 108183) (admitted pro hac vice)
saron@wrslawyers.com
ELSA M. HOROWITZ (CA State Bar No. 195689) (admitted pro hac vice)
ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Secured Creditor
LONE OAK FUND, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>2700 SLOAT HOLDINGS, LLC,<br><br>Debtor. | Case No. 25-50584-hlb<br><br>Chapter 11<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF SECURED CREDITOR LOAN OAK FUND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (11 U.S.C. §362(d)(1) &(2))**<br><br>*[Notice of Hearing; Motion for Relief from Automatic Stay; Request for Judicial Notice Filed Concurrently Herewith]*<br><br>Judge: Hon. Hilary L. Barnes<br><br><u>Hearing Information:</u><br>Date: September 23, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 2<br>C. Clifton Young Federal Building<br>300 Booth Street<br>Reno, NV 89509 |

Secured creditor Loan Oak Fund, LLC ("Creditor") hereby submits the following Compendium of Evidence in support of Creditor's *Motion for Relief from the Automatic Stay (11 U.S.C. §362(d)(1) &(2))*:

| **Exhibit** | **Description** |
|---|---|
| Exhibit "1" | Promissory Note in the principal amount of $10,000,000.00 dated July 29, 2022 signed by Raelynn Hickey, Manager of CH Planning LLC, a Nevada limited liability company, Sole Member of 2700 Sloat Holding LLC, a Nevada limited liability company. |
| Exhibit "2" | Property Tax Bills for 2700-2750 Sloat Boulevard, San Francisco, California 94116 (the "Property") obtained from the San Francisco County Treasurer and Tax Collector official website at https://county-taxes.net/ca-sanfrancisco/ca-sanfrancisco/property-tax. |
| Exhibit "3" | July 2025 Colliers Statement of Qualifications & Broker Opinion of Value for 2700 Sloat Boulevard, San Francisco, California. |
| Exhibit "4" | Ruben Martinez Qualifications. |
| Exhibit "5" | July 24, 2025 CoStar Sale Comps Analytics. |
| Exhibit "6" | August 19, 2025 CoStar Sales History for the Property. |
| Exhibit "7" | August 20, 2025 Simon Email to J. Craig Demetras of Demetras Law Offices, counsel of record to debtor, 2700 Sloat Holding, LLC. |

DATED: August 26, 2025

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: */s/ Simon Aron*
SIMON ARON
Attorneys for Secured Creditor, Lone Oak Fund, LLC, a California limited liability company

# EXHIBIT “1”

**PROMISSORY NOTE**

July 29, 2022

PRINCIPAL AMOUNT: $10,000,000.00

FOR VALUE RECEIVED, the undersigned, 2700 SLOAT HOLDING LLC, a Nevada limited liability company ("**Borrower**"), whose address is 201 Spear Street, Suite 1100, San Francisco, California 94105, promises to pay to the order of LONE OAK FUND, LLC, a California limited liability company, or its assignees or assigns ("**Lender**"), at 11611 San Vicente Blvd., Suite 640, Los Angeles, California 90049, or at such other place as the Lender may from time to time designate in writing, in lawful money of the United States of America, the principal sum of TEN MILLION and No/100 Dollars ($10,000,000.00), so much as may be advanced from time to time hereunder, with interest at the rate, and with principal and interest due and payable, all as set forth below. This Promissory Note is sometimes referred to herein as this "**Note**", and the loan evidenced by this Note is sometimes referred to herein as the "**Loan**". This Note is secured by that certain Deed of Trust with Absolute Assignment of Leases and Rents, Security Agreement and Fixture Filing of even date herewith (the "**Deed of Trust**"), made by Borrower, as Trustor, for the benefit of Lender, a Beneficiary. Capitalized term not otherwise defined herein shall have the meaning given to such terms in the Deed of Trust and the other Loan Documents associated with the Loan.

**1.1 Maturity Date.** The date when all sums due under this Note are due and payable is the "**Maturity Date".** The Maturity Date shall mean January 31, 2024.

**1.2 Rate of Interest.** The principal balance outstanding from time to time shall bear interest from and after the date advanced up to and including July 31, 2023 at the rate of SIX and FOUR TENTHS per cent (6.40%) per annum and at the rate of SIX and NINE TENTHS per cent per annum from and after August 1, 2023 (in each case, the "**Note Rate**").

**1.3 Method of Computation of Interest.** Interest for periods of one or more whole calendar months shall be calculated on the basis of one-twelfth (1/12) of one year's interest for each such month that principal is outstanding. Interest for a period of less than a whole calendar month shall be calculated on the basis of one-three hundred sixtieth (1/360) of one year's interest on the outstanding principal at the applicable rate times the number of days during such period that principal is outstanding.

**1.4 Monthly Payments Prior to Maturity Date.** On the first day of each calendar month commencing September 1, 2022 until the Maturity Date, there shall be due and payable a monthly payment in an amount equal to all accrued interest. Except as otherwise set forth herein or in the other Loan Documents, interest shall be paid in arrears.

**1.5 Payment in Full upon Maturity Date.** On the Maturity Date, the entire unpaid principal balance and all accrued interest shall be due and payable.

**1.6 Project Cost Reserve Advance Requests**. The undisbursed portion of the Loan shall be used and disbursed only for the payment or costs of construction of the Improvements and costs related to such construction, subject to the terms and conditions of this Note. To receive an advance, Borrower shall submit a request via email to Lender (an "**Advance Request**"). Whenever possible, advances shall be made in amounts not less than $25,000.00. Upon receipt of an Advance Request, Lender shall instruct a third-party Project Cost Reserve manager (the "Reserve Manager") to determine the quality, progress, and stage of construction. If Lender and Reserve Manager determine from such inspection that work is proceeding diligently, and that all conditions to such Advance Request have been met, Lender will make advances in accordance with Borrower's request, or in an amount deemed appropriate by Lender. Each Advance Request shall contain, or be accompanied by, an itemized statement showing all information requested by Lender or Reserve Manager. Borrower shall be responsible for all third-party fees in connection with the Project Cost Reserve.

**1.7 Prepayments.** Borrower may prepay all or any part of the principal balance at any time without charge or premium, however any partial payments of principal shall be made in even, one thousand dollar ($1,000) increments.

**1.8 Manner of Payment**. All monthly payments of interest made under this Note, and such other payments as directed by Lender under the Loan Documents, shall be made by electronic funds transfer ("**EFT**") debit entries to an account designated by Borrower in the Loan Documents at an Automated Clearing House ("**ACH**") member domestic bank ("**Debit Account**"). Each payment shall be initiated by Lender through the ACH network for settlement on the designated date. Prior to each payment due date, Borrower shall deposit and/or maintain sufficient funds in the Debit Account to cover each debit entry. The Debit Account shall be vested in Borrower's name only. Only payments drawn on the Debit Account or an escrow established for payment of funds due Borrower on account of a sale or refinance of the Property will be accepted by Lender.

**1.9 Security.** This Note is secured by, among other things, that certain Deed of Trust, encumbering Borrower's interest in real property described in the Deed of Trust and improvements located or to be located thereon and certain personal property (the "**Property**"). This Note, the Deed of Trust, and all other present and future agreements, documents and instruments executed or to be executed in connection with the Loan, all extensions, renewals, substitutions, replacements and modifications of any of the foregoing documents are referred to herein, collectively, as the "**Loan Documents**".

**1.10 Application of Payments.** All payments received, irrespective of how they may be designated by Borrower, shall be applied in this order: first, to amounts other than interest and principal, if any, owing under this Note, the Deed of Trust or any of the other Loan Documents; second, to accrued interest; third, to principal; except that, after the occurrence and during the continuation of any Event of Default, all amounts received shall be applied in such order as Lender, in its sole discretion, may elect. Borrower waives the application of Sections 1479 and 2822(a) of the California Civil Code and any other statute or rule of law that would otherwise direct, or permit Borrower to direct, the order of application of payments made by Borrower or amounts otherwise received by Lender.

**1.11 No Waiver by Acceptance of Overdue or Partial Payments.** If Lender accepts payment of any overdue amount, or partial payment of an amount due and the remainder of such amount is unpaid, such acceptance shall in no event: (a) constitute a cure or waiver of Borrower's default with respect to such overdue or unpaid amount; (b) prevent Lender from exercising any of its rights and remedies with respect to Borrower's default; or (c) constitute a waiver of Lender's right to require full and timely payment of amounts becoming due thereafter or to exercise any of Lender's rights and remedies for any failure to so pay.

**1.12 Late Payment Charge.** Borrower acknowledges that late payment to Lender of any sums due hereunder will cause Lender to incur costs not contemplated hereunder, the exact amount of which would be impracticable or extremely difficult to ascertain. Such costs include processing and accounting costs, the expenses incurred and time and effort associated with recovering the delinquent payment, and the loss of timely use of the payment amount. Accordingly, if any amount due from Borrower, whether interest or principal, is not received by Lender or Lender's designee within ten (10) calendar days after its due date, Borrower shall then pay to Lender a late payment charge equal to TEN percent (10.00%) of such overdue amount (the "**Late Charge**"). Borrower and Lender agree that such Late Charge represents a fair and reasonable estimate of the costs Lender will incur by reason of late payment. This provision shall not be construed as extending the time for payment of any amount under this Note, and acceptance of a Late Charge by Lender shall in no event constitute a waiver of Borrower's default with respect to the overdue amount nor prevent Lender from exercising any of its rights and remedies with respect to such default.

**1.13 Default.** The term "Default" shall mean the occurrence of an Event of Default as defined in the Deed of Trust. The existence of a Default shall be deemed to be on the first date of the occurrence of an Event of Default (the "Date of Default"), and all rights and remedies of Lender, Beneficiary and Trustee under the Loan Documents with respect thereto, with or without notice, shall be retroactive to the Date of Default.

**1.14 Acceleration upon Default.** Upon the occurrence of an Event of Default, Lender may, at its election, declare the entire balance of principal and accrued interest immediately due and payable. A delay by Lender in exercising any right of acceleration after an Event of Default shall not constitute a waiver of the Event of Default or of the right of acceleration or any other right or remedy for such Event of Default, including the imposition of the Default Rate (defined below) from the Date of Default. The failure by Lender to exercise any right of acceleration as a result of an Event of Default shall not constitute a waiver of the right of acceleration or any other right or remedy with respect to any other Event of Default, whenever occurring.

**1.15 Interest Rate after Acceleration or Maturity.** When this Note becomes due in full, whether by acceleration, upon an Event of Default, by the occurrence of the Maturity Date, or in any other manner, if Borrower fails to pay all amounts due, the unpaid principal balance and costs incurred shall, from and after such date due and without notice, bear interest until paid at the rate of TWENTY FOUR percent (24.00%) per annum (the "**Default Rate**").

**1.16 Enforcement / Attorneys' Fees and Costs.** Borrower shall immediately reimburse Lender for all fees and costs, including reasonable attorneys' fees and experts' fees and

costs, incurred by Lender for: (a) enforcement of this Note or any of its terms, or the exercise of any rights or remedies hereunder and/or at law, in equity or otherwise, whether or not any action or proceeding is filed; (b) representation of Lender in any bankruptcy, insolvency, reorganization or other debtor-relief or similar proceeding of or relating to Borrower or Borrower's transferees or assigns, to any person liable (by way of guaranty, assumption, endorsement or otherwise) upon any of the obligations of this Note, or to the Property; or (c) representation of Lender in any action or proceeding relating to the Property, including, but not limited to, foreclosure, receivership, lien or stop-notice enforcement, bankruptcy, eminent domain and probate actions or proceedings, whether commenced by Lender or any other person, and whether commenced prior or subsequent to payment of all obligations under this Note. All such fees and costs shall bear interest until paid at the rate applicable from time to time under this Note. This section shall survive payment of all obligations under this Note and reconveyance of the deed of trust securing this Note.

**1.17 Waivers by Borrower and Other Parties.** The Borrowers, endorsers, guarantors and sureties of this Note hereby waive diligence, demand, presentment, notice of non-payment, notice of dishonor, protest and notice of protest, agree that the time for performance of any obligation under this Note may be extended from time to time without notice, consent to the release without notice of any party liable hereon or here for, consent to the addition without notice of parties liable hereon or here for, and consent to the acceptance without notice of further security for this Note, including other types of security, all without in any way affecting their liability, and waive the right to plead any and all statutes of limitations as a defense to this Note, any guaranty hereof or any agreement to pay the obligations hereof, to the full extent permitted by law.

**1.18 Full Payment.** All amounts payable under this Note shall be paid in full without setoff, deduction or counterclaim. All amounts payable under this Note shall be free and clear of and without any deduction or withholding for or on account of any taxes, levies, duties, charges, fees, restrictions or conditions of any nature now or hereafter imposed by any country, federal, state, county or local government or any political subdivision or taxing authority thereof or therein. Borrower shall indemnify Lender against any such taxes, levies, imposts, duties, charges and fees (other than taxes on the income of Lender imposed by any taxing authority) which may be assessed against Lender or claimed or demanded from Lender in respect of any amount payable by Borrower hereunder, and against any costs, charges, expenses or liability arising out of or with respect to such assessment, claim or demand, to the full extent permitted by law.

**1.19 Time of the Essence.** Time is of the essence with respect to the payment and performance of the obligations under this Note.

**1.20 No Oral Waivers or Modifications.** No provision of this Note may be waived or modified orally, but only in a writing signed by Lender.

**1.21 Governing Law.** This Note shall be governed by and construed under the laws of the State of California, without regard to conflict of law provisions.

**1.22 Severability.** Every provision of this Note is intended to be several. If any provision of this Note is determined by a court of competent jurisdiction to be illegal, invalid or unenforceable, such illegality, invalidity or unenforceability shall not affect the other provisions hereof, which shall remain binding and enforceable.

**1.23 Limitation upon Interest.** All agreements between the Borrower and Lender, now existing or hereafter arising, are hereby expressly limited so that in no event whatsoever shall the amount paid or agreed to be paid to Lender hereof for the use, forbearance or detention of money to be loaned hereunder or otherwise, or for the performance or payment of any covenant or obligation contained herein, exceed the maximum amount permissible under applicable law. If from any circumstance whatsoever fulfillment of any provision hereof exceeds the limit of validity prescribed by law, then, ipso facto, the obligation to be fulfilled shall be reduced to the limit of such validity, and if from any such circumstance Lender hereof shall ever receive as interest under this Note or otherwise an amount that would exceed the highest lawful rate, such amount that would be excessive interest shall be applied to the reduction of the principal amount owing hereunder (without charge for prepayment) and not to the payment of interest, or if such excessive interest exceeds the unpaid balance of principal, such excess shall be refunded to Borrower.

**1.24 Licenses.** Lender is licensed as a California Finance Lender, Department of Financial Protection and Innovation license number 603B623.

**1.25 Headings.** Headings herein are used for convenience of reference only and do not define or limit the scope of provisions of this Note.

**1.26 Successors and Assigns.** This Note binds Borrower and its successors, permitted assigns, heirs, administrators and executors, and inures to the benefit of Lender and its successors, assigns, participants, heirs, administrators and executors. Lender in its sole discretion may transfer this Note, and may sell or assign participations or other interests in all or any part of this Note, all without notice to or consent of Borrower.

2700 SLOAT HOLDING LLC, a
Nevada limited liability company

By: CH PLANNING LLC, a
Nevada limited liability company,
Sole Member

By______________________
Raelynn Hickey, Manager

# EXHIBIT "2"

City & County of San Francisco
José Cisneros, Treasurer
David Augustine, Tax Collector
Property Tax Bill (Secured)
For Fiscal Year July 1,2024 through June 30, 2025

1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco, CA 94102
www.sftreasurer.org

| Vol | Block | Lot | Bill No | Mail Date | Property Location |
|---|---|---|---|---|---|
| 18 | 2514 | 007 | 20240344198 | October 21, 2024 | 2750 SLOAT BLVD |

Assessed on January 1, 2024 at 12:01am
To: NAME WITHHELD PER CA AB 2238

**ADDRESS INFORMATION NOT AVAILABLE ONLINE**

| ▶ TOTAL DUE | $22,854.92 |
|---|---|
| 1st Installment | 2nd Installment |
| $11,427.46 | $11,427.46 |
| Due 12/10/2024 | Due 04/10/2025 |

Important Messages

Assessed Value

| Description | Full Value |
|---|---|
| Land | $1,883,644 |
| Structure | |
| Fixtures | |
| Personal Property | |
| Gross Assessed Value | $1,883,644 |
| Less HO Exemption | $0 |
| Less Other Exemption | $0 |
| **Net Assessed Value** | **$1,883,644** |
| **Tax Amount** | **$22,065.62** |

Direct Charges and Special Assessments

| Type | Telephone | Amount Due |
|---|---|---|
| 46 - San Francisco Bay Restoration Authority | (888) 508-8157 | $12.00 |
| 89 - SFUSD Facilities District | (415) 355-2203 | $42.16 |
| 91 - SFCCD Parcel Tax | (415) 487-2400 | $99.00 |
| 98 - SFUSD - Teacher Support | (415) 355-2203 | $310.76 |
| 101 - School Parcel Tax of 2020 | (415) 355-2203 | $325.38 |
| **Total Direct Charges and Special Assessments** | | **$789.30** |

Keep this portion for your records. See back of bill for payment options and additional information.

City & County of San Francisco
Property Tax Bill (Secured)
For Fiscal Year July 1,2024 through June 30, 2025

**Pay online at www.sftreasurer.org**

| Vol | Block | Lot | Bill No | Property Location |
|---|---|---|---|---|
| 18 | 2514 | 007 | 20240344198 | 2750 SLOAT BLVD |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Write your block and lot on your check.
2nd Installment cannot be accepted unless 1st is paid.

SECURED 2

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120-7426

**2nd Installment Due**

| Pay by | April 10, 2025 | **$11,427.46** |
|---|---|---|
| If paid after April 10, 2025 includes 10% penalty and applicable fees | | $12,627.20 |

1825140000700 20240344198 000000000 000000000 0000 2003

City & County of San Francisco
Property Tax Bill (Secured)
For Fiscal Year July 1,2024 through June 30, 2025

**Pay online at www.sftreasurer.org**

| Vol | Block | Lot | Bill No | Property Location |
|---|---|---|---|---|
| 18 | 2514 | 007 | 20240344198 | 2750 SLOAT BLVD |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Write your block and lot on your check.
If property has been sold, please forward bill to new owner.

SECURED 1

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120-7426

**1st Installment Due**

| Pay by | December 10, 2024 | **$11,427.46** |
|---|---|---|
| If paid after December 10, 2024 includes 10% penalty | | $12,570.20 |

1825140000700 20240344198 000000000 000000000 0000 1003

| Pay Now | Contact Us | Tax Rate Information | |
|---|---|---|---|
| Online: www.sftreasurer.org<br><br>Mail a check payable to "SF Tax Collector" with the bottom portion of bill in the enclosed envelope<br><br>In person at City Hall, Room 140. Monday – Friday 8:00AM – 5:00PM Office hours subject to change - please check our website at : www.sftreasurer.org | Free language assistance<br><br>Call: 3-1-1<br>415-701-2311 from outside of San Francisco<br><br>Submit questions online:<br>www.sftreasurer.org/contact-us | Countywide Tax (Secured) | 1.00000000% |
| | | S.F. Bay Area Rapid Transit District Debt Service | 0.01480000% |
| | | S.F. Community College District Debt Service | 0.01718123% |
| | | City and County of S.F. Debt Service | 0.10600267% |
| | | S.F. Unified School District Debt Service | 0.03345173% |
| | | **TOTAL** | **1.17143563%** |

If you disagree with the assessed value as shown on your tax bill, you have the right to an informal assessment review by the Assessor-Recorder's Office. Visit www.sfassessor.org for more information. You also have the right to file an application for reduction in assessment for the following year with the Assessment Appeals Board. The filing period is July 2 to September 16. Visit www.sfgov.org/aab or call 415-554-6778 for more information. If an informal or formal assessment review is requested, relief from penalties shall apply only to the difference between the Assessor-Recorder's final determination of value and the value on the assessment roll for the fiscal year covered.

If a **"Tax-Defaulted"** message is shown on the front of this bill, it indicates that prior year taxes are unpaid. Visit our website for more information.

New owners and current owners with new construction may be required to pay a **supplemental tax bill**. Supplemental tax bills are issued in addition to this annual tax bill.

**Property Tax Postponement for Senior Citizens, Blind, or Disabled Persons**
The State Controller's Office (SCO) administers the Property Tax Postponement (PTP) program, which allows eligible homeowners to postpone payment of current year property taxes on their primary residence. PTP applications are accepted from October 1 to February 10 each year. Go to the SCO website at www.ptp.sco.ca.gov for more information. If you have any questions or to request an application, call (800) 952-5661 or email postponement@sco.ca.gov

---

Did you…

Submit payment for the exact amount?

Confirm that you have sufficient funds in your account? If your payment is not honored by the bank, the payment is null and void and a $50.00 "Payment Failure Fee" will be charged in addition to any late payment penalties.

If the delinquent date falls on a Saturday, Sunday or legal holiday, no penalty is charged if payment is made by 5 PM on the next business day.

If any portion of the total amount due is unpaid after 5 PM on June 30, 2025 , it will be necessary to pay (a) delinquent penalties, (b) costs, (c) redemption penalties, and (d) a redemption fee. After 5 years of tax delinquency, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.

---

Did you…

Submit payment for the exact amount?

Confirm that you have sufficient funds in your account? If your payment is not honored by the bank, the payment is null and void and a $50.00 "Payment Failure Fee" will be charged in addition to any late payment penalties.

If the delinquent date falls on a Saturday, Sunday or legal holiday, no penalty is charged if payment is made by 5 PM on the next business day.

If any portion of the total amount due is unpaid after 5 PM on June 30, 2025 , it will be necessary to pay (a) delinquent penalties, (b) costs, (c) redemption penalties, and (d) a redemption fee. After 5 years of tax delinquency, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.

City & County of San Francisco
José Cisneros, Treasurer
David Augustine, Tax Collector
Property Tax Bill (Secured)
For Fiscal Year July 1, 2024 through June 30, 2025

1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco, CA 94102
www.sftreasurer.org

| Vol | Block | Lot | Bill No | Mail Date | Property Location |
|---|---|---|---|---|---|
| 18 | 2514 | 008 | 20240344199 | October 21, 2024 | 2700 SLOAT BLVD |

Assessed on January 1, 2024 at 12:01am
To: NAME WITHHELD PER CA AB 2238

**ADDRESS INFORMATION NOT AVAILABLE ONLINE**

| ▶ TOTAL DUE | $85,011.76 |
|---|---|
| 1st Installment | 2nd Installment |
| $42,505.88 | $42,505.88 |
| Due 12/10/2024 | Due 04/10/2025 |

Assessed Value

| Description | Full Value |
|---|---|
| Land | $7,189,684 |
| Structure | |
| Fixtures | |
| Personal Property | |
| Gross Assessed Value | $7,189,684 |
| Less HO Exemption | $0 |
| Less Other Exemption | $0 |
| **Net Assessed Value** | **$7,189,684** |
| **Tax Amount** | **$84,222.46** |

Important Messages

Direct Charges and Special Assessments

| Type | Telephone | Amount Due |
|---|---|---|
| 46 - San Francisco Bay Restoration Authority | (888) 508-8157 | $12.00 |
| 89 - SFUSD Facilities District | (415) 355-2203 | $42.16 |
| 91 - SFCCD Parcel Tax | (415) 487-2400 | $99.00 |
| 98 - SFUSD - Teacher Support | (415) 355-2203 | $310.76 |
| 101 - School Parcel Tax of 2020 | (415) 355-2203 | $325.38 |
| **Total Direct Charges and Special Assessments** | | **$789.30** |

Keep this portion for your records. See back of bill for payment options and additional information.

City & County of San Francisco
Property Tax Bill (Secured)
For Fiscal Year July 1, 2024 through June 30, 2025

**Pay online at www.sftreasurer.org**

| Vol | Block | Lot | Bill No | Property Location |
|---|---|---|---|---|
| 18 | 2514 | 008 | 20240344199 | 2700 SLOAT BLVD |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Write your block and lot on your check.
2nd Installment cannot be accepted unless 1st is paid.

SECURED 2

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120-7426

| **2nd Installment Due** | | |
|---|---|---|
| Pay by | April 10, 2025 | **$42,505.88** |
| If paid after includes 10% penalty and applicable fees | April 10, 2025 | $46,813.46 |

1825140000800 20240344199 000000000 000000000 0000 2003

City & County of San Francisco
Property Tax Bill (Secured)
For Fiscal Year July 1, 2024 through June 30, 2025

**Pay online at www.sftreasurer.org**

| Vol | Block | Lot | Bill No | Property Location |
|---|---|---|---|---|
| 18 | 2514 | 008 | 20240344199 | 2700 SLOAT BLVD |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Write your block and lot on your check.
If property has been sold, please forward bill to new owner.

SECURED 1

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120-7426

| **1st Installment Due** | | |
|---|---|---|
| Pay by | December 10, 2024 | **$42,505.88** |
| If paid after includes 10% penalty | December 10, 2024 | $46,756.46 |

1825140000800 20240344199 000000000 000000000 0000 1003

| Pay Now | Contact Us | Tax Rate Information | |
|---|---|---|---|
| Online: www.sftreasurer.org | Free language assistance | Countywide Tax (Secured) | 1.00000000% |
| Mail a check payable to "SF Tax Collector" with the bottom portion of bill in the enclosed envelope | Call: 3-1-1<br>415-701-2311 from outside of San Francisco | S.F. Bay Area Rapid Transit District Debt Service | 0.01480000% |
| | | S.F. Community College District Debt Service | 0.01718123% |
| | | City and County of S.F. Debt Service | 0.10600267% |
| In person at City Hall, Room 140.<br>Monday – Friday 8:00AM – 5:00PM<br>Office hours subject to change - please check our website at : www.sftreasurer.org | Submit questions online:<br>www.sftreasurer.org/contact-us | S.F. Unified School District Debt Service | 0.03345173% |
| | | **TOTAL** | **1.17143563%** |

If you disagree with the assessed value as shown on your tax bill, you have the right to an informal assessment review by the Assessor-Recorder's Office. Visit www.sfassessor.org for more information. You also have the right to file an application for reduction in assessment for the following year with the Assessment Appeals Board. The filing period is July 2 to September 16. Visit www.sfgov.org/aab or call 415-554-6778 for more information. If an informal or formal assessment review is requested, relief from penalties shall apply only to the difference between the Assessor-Recorder's final determination of value and the value on the assessment roll for the fiscal year covered.

If a **"Tax-Defaulted"** message is shown on the front of this bill, it indicates that prior year taxes are unpaid. Visit our website for more information.

New owners and current owners with new construction may be required to pay a **supplemental tax bill**. Supplemental tax bills are issued in addition to this annual tax bill.

**Property Tax Postponement for Senior Citizens, Blind, or Disabled Persons**
The State Controller's Office (SCO) administers the Property Tax Postponement (PTP) program, which allows eligible homeowners to postpone payment of current year property taxes on their primary residence. PTP applications are accepted from October 1 to February 10 each year. Go to the SCO website at www.ptp.sco.ca.gov for more information. If you have any questions or to request an application, call (800) 952-5661 or email postponement@sco.ca.gov

---

Did you…

Submit payment for the exact amount?

Confirm that you have sufficient funds in your account? If your payment is not honored by the bank, the payment is null and void and a $50.00 "Payment Failure Fee" will be charged in addition to any late payment penalties.

If the delinquent date falls on a Saturday, Sunday or legal holiday, no penalty is charged if payment is made by 5 PM on the next business day.

If any portion of the total amount due is unpaid after 5 PM on June 30, 2025 , it will be necessary to pay (a) delinquent penalties, (b) costs, (c) redemption penalties, and (d) a redemption fee. After 5 years of tax delinquency, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.

---

Did you…

Submit payment for the exact amount?

Confirm that you have sufficient funds in your account? If your payment is not honored by the bank, the payment is null and void and a $50.00 "Payment Failure Fee" will be charged in addition to any late payment penalties.

If the delinquent date falls on a Saturday, Sunday or legal holiday, no penalty is charged if payment is made by 5 PM on the next business day.

If any portion of the total amount due is unpaid after 5 PM on June 30, 2025 , it will be necessary to pay (a) delinquent penalties, (b) costs, (c) redemption penalties, and (d) a redemption fee. After 5 years of tax delinquency, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.

# EXHIBIT "3"

# 2700 SLOAT BLVD

SUNSET DISTRICT | SAN FRANCISCO

## STATEMENT OF QUALIFICATIONS & BROKER OPINION OF VALUE




Colliers

JULY 2025

Colliers

# STATEMENT OF QUALIFICATIONS & BROKER OPINION OF VALUE

## 2700 SLOAT BLVD

SAN FRANCISCO, CALIFORNIA

**PRESENTED TO**

LONE OAK FUND
CALIFORNIA'S BRIDGE LENDER®

**PRESENTED BY**

Colliers


**COLLIERS INVESTMENT SERVICES GROUP**

Tony Crossley
Executive Vice President
415.288.7807
tony.crossley@colliers.com
Lic. 00900574

Darren Kuiper
Senior Vice President
415.288.7817
darren.kuiper@colliers.com
Lic. 01958824

Tim Maas
Executive Vice President
415.288.7863
tim.maas@colliers.com
Lic. 00956740

Will Cliff
Vice President
415.288.7828
will.cliff@colliers.com
Lic. 01976818

Kai Wember-Brown
Financial Analyst
415.288.7859
kai.wember-brown@colliers.com

Nicole Flores
Client Services Specialist
415.293.6216
nicole.flores@colliers.com
Lic. 01988919


JULY 2025




# INTRODUCTION

**DATE**
**July 2025**

Thank you for the opportunity to provide our Statement of Qualifications & Broker Opinion of Value for 2700 Sloat Blvd., a ~38,000 square foot site improved with a garden center and parking lot which provides significant future development potential.

The proposal provides Ownership with a “real time” valuation of the Property and recommendations on how maximize value for Ownership.

As further outlined herein, we believe the Property would appeal to both market-rate and affordable housing developers at development assumptions consistent with today’s market dynamics. The existing improvements and lease to Sloat Garden Center provide a baseline for a “hold” scenario prior to the redevelopment of the site.

# OPPORTUNITY HIGHLIGHTS

- 38K SF development opportunity located in the Sunset neighborhood walking distance to Ocean Beach and the San Francisco Zoo
- Existing NC-2 Zoning and a Height Limit of 100 Feet provide for various low, medium and high-density residential development scenarios
- Very few development opportunities of this size and scale in the area – ability to deliver a project of "scale" at the right time




THE NEIGHBORHOOD
BAY BRIDGE
DOWNTOWN
GOLDEN GATE BRIDGE
GOLDEN GATE PARK
AMENITIES WITH 2 MILES
RESTAURANTS:
Pasquale's Pizzeria
Underdogs Too
Win's
Ono Hawaiian BBQ
Bearing West Bar & Gallery
Dumpling Kitchen
O'Brien's Irish Pub
Lou's Cafe
House of Pancakes
Tennessee Grill
Lucho's
COFFEE/TEA:
Java Beach at the Zoo
New Taraval Cafe
Andytown Coffee Roasters
Avenues
Chalos
GROCERY:
Lucky
Walgreens
SM Sunset Supermarket
Safeway
Whole Foods
PINE LAKE PARK
SUNSET BLVD
SOUTH SUNSET PLAYGROUND PARK
2700 SLOAT BLVD
SUNSET DISTRICT | SAN FRANCISCO
35
1
TRANSIT CONECTIVITY
6 MIN.
280
10 MIN.
1 MIN. WALK
SLOAT BLVD @ 45TH
SFO AIRPORT 18 MIN.
DOWNTOWN SAN FRANCISCO 30 MIN.
GOLDEN GATE BRIDGE 25 MIN.
GREAT HWY
SLOAT BLVD
SKYLINE BLVD
SAN FRANCISCO ZOO
Colliers
2700 SLOAT AVENUE | 3

# WHY COLLIERS

# MEET THE TEAM

LONE OAK FUND
CALIFORNIA'S BRIDGE LENDER®

## COLLIERS INVESTMENT SERVICES GROUP



**TONY CROSSLEY**
Executive Vice President



**DARREN KUIPER**
Senior Vice President



**TIM MAAS**
Executive Vice President



**WILL CLIFF**
Vice President



**KAI WEMBER-BROWN**
Financial Analyst



**NICOLE FLORES**
Client Services Specialist

## MARKET SUPPORT TEAM

**PETER JOGRAJ**
Senior Marketing Director, Bay Area

**DEREK DANIELS**
Regional Director, Research

**BRYAN HINKLE**
Marketing Manager

**JEREMY HARPER**
Senior Research Analyst

**JULIANNE SOU**
Research Analyst

**JACQUI TANUDJAJA**
Senior Graphic Designer

**GRANT ZHAO**
Senior Graphic Designer

**ASHLEY ROSE**
Senior Graphic Designer

# SPECIALIZING IN SELLING SAN FRANCISCO REAL ESTATE

Trusted by their clients for their local market expertise,
deep understanding of real estate fundamentals and their proven ability to execute,
Colliers Investment Services Group delivers superior results.

**Over 500 successful transactions in the San Francisco market**

**Nearly 100 years of combined transaction experience**

**Consistent interaction & strong relationships with developers, institutional investors, foreign capital & private / high-net worth buyers**

# WHY HIRE COLLIERS

## 1 EXPERIENCE

- Colliers' local San Francisco sale experience of Development Land + Existing Buildings in unmatched!

## 2 RELATIONSHIP

- TRUST - Clients trust in our process and guidance towards the right solution
- INTEGRITY - Colliers has no preferred client list or mixed loyalty

## 3 BUYER ACCESS

- PRIVATE CAPITAL - High-net worth, family office
- INSTITUTIONAL - Funds, REITs, separate accounts
- INTERNATIONAL - Colliers' global office footprint allows for incredible foreign access

## 4 EXECUTION / MARKET INTELLIGENCE

- Addressing objections / challenges head on
- Track record of executing
- Local leasing & capital markets intel

## 5 WE DRIVE PRICE

- Creating competition
- Finding the unique buyer
- Unmatched market knowledge

Colliers

# COLLIERS BAY AREA PRESENCE

**11**
BAY AREA OFFICES

**350+**
REAL ESTATE PROFESSIONALS



## REGIONAL CAPABILITIES

- Investment Sales
- Debt Financing
- Office Leasing
- Industrial Leasing
- Retail Leasing
- Property Management
- Project/Construction Management




Colliers

# COLLIERS GLOBAL PRESENCE

Our expert advice to property occupiers, owners and investors leads the industry into the future. We invest in relationships to create enduring value.

What sets us apart is not what we do, but how we do it. Our people are passionate, take personal responsibility and always do what's right for our clients, people and communities. We attract and develop industry leaders, empowering them to think and act differently to drive exceptional results.

What's more, our global reach maximizes the power of property, wherever our clients do business.

**At Colliers, we accelerate success.**



### INVESTMENT STRATEGY

We act as a strategic partner, we build an investor profile of opportunities then model projected performance to determine value.

### ACQUISITION & DUE DILIGENCE

Our valuation team brings fast, accurate, well-supported documentation to justify current property values.

### ONGOING MANAGEMENT

We elevate property values and increase return on investment.

### DISPOSITION

Our strategy is twofold: meeting your sale objectives, and targeted marketing.




| | | |
|---|---|---|
| ANNUAL REVENUE **$4.3B** | COUNTRIES WE OPERATE IN **66** | ASSETS UNDER MANAGEMENT **$98B** |
| LEASE & SALE TRANSACTIONS **46K** | SQUARE FEET MANAGED **2B** | PROFESSIONALS **19K** |

# NOTABLE RECENT EXPERIENCE

# 360 5TH STREET, SAN FRANCISCO NOTABLE ASSIGNMENT | 2025

## Key Metrics

**±$10.0M**
Price

**127**
Units

**$79K**
Price/Unit

**0.53**
Land Area

**ENTITLED SHOVEL-READY**
Status


PROJECT RENDERING

## COMMENTS

Colliers was engaged by a LA based residential lender who foreclosed on an entitled and "shovel-ready" development site in SOMA. Colliers had previously sold the site to the former owner (developer) pre-COVID for ~$27M.

Colliers assisted in facilitating a sale of the Property to a Bay Area based developer + builder who assisted the Lender in the physical dewatering + stabilization of the site prior to closing on the site in May 2025.

LENDER
SELLER

THOMPSON BUILDERS
BUYER

# 650 DIVISADERO, SAN FRANCISCO NOTABLE ASSIGNMENT | 2024

## Key Metrics

**±$12.25M**
Price

**107**
Units

**$114K**
Price/Unit

**0.29**
Land Area

**ENTITLED**
Status



PROJECT RENDERING

## COMMENTS

Colliers was engaged by local investor / developer to explore off-market Buyer interest for an entitled market-rate residential project improved with an industrial warehouse property at time of sale.

Colliers assisted in facilitating a sale of the Property to a national affordable housing developer who participated in San Francisco's NOFA process and was successfully awarded funds for the purchase of the Property.

LOCAL INVESTOR / DEVELOPER
SELLER

Jonathan Rose Companies
BUYER

# 1979 MISSION, SAN FRANCISCO NOTABLE ASSIGNMENT | 2022

## Key Metrics

**±$42M**
Price

**450**
Units

**$93K***
Price/Unit

**0.29**
Land Area

**UN-ENTITLED**
Status



PROJECT RENDERING

## COMMENTS

Colliers was engaged by a local SF based developer and their institutional capital partner to market for sale a large-scale market-rate residential development site located at 16th and Mission.

Colliers received significant interest from various market rate developers ultimately selling the site in a 3-party transaction in which the site was purchased by a market-rate developer to "off-load" the entire affordable housing requirement from another SF based project through a donation of 1979 Mission site to the City of SF to construct a 100% affordable housing project. *The site provides the potential to construct up to 450 units with an estimated buildable area of 267K SF. Final project details are unknown.

| MARKET-RATE DEVELOPER | LOCAL DEVELOPER + CAPITAL PARTNER |
|---|---|
| SELLER | BUYER |

Colliers

# 988 HARRISON, SAN FRANCISCO NOTABLE ASSIGNMENT | 2020

## Key Metrics

**±$11.0M**
Price

**90**
Units

**$122K**
Price/Unit

**0.29**
Land Area

**ENTITLED**
Status



PROJECT RENDERING

## COMMENTS

Colliers was selected to represent a local investor who entitled a former Shell gas station site for a 90 unit Type I residential project. Colliers generated interest from various developers interested in different executions of the project including for-sale condominiums, traditional rental, co-living and student housing.

Colliers ultimately sold the site to a local condominium developer during COVID without any price discount. The Buyer closed on the site and will be tweaking the design and unit count to fit their model.

LOCAL FAMILY
SELLER

JS SULLIVAN DEVELOPMENT
BUYER

# PROPERTY OVERVIEW

# PROPERTY OVERVIEW




2700 Sloat is a 38,095 square foot site improved with a garden facility and parking lot situated din San Francisco's Sunset District.

The existing tenant, Sloat Garden Center, has served the local area for more than 50 years. Sloat's lease runs through May 2026.

The parcel that 2700 Sloat is situated on contains a indoor retail center that is 6,300 SF, an outdoor retail area that is 16,400 SF, and a parking lot that encompasses the rest of the property.

In the most recent history, there have been several proposals to redevelopment the site into high-rise housing. The site remains un-entitled today.

**A summary of the salient property details are highlighted below:**

| PROPERTY OVERVIEW | |
|---|---|
| ADDRESS | 2700 Sloat Blvd., San Francisco CA 94116 |
| TOTAL BUILDING SIZE (SF) | ±6,300 |
| YEAR BUILT | 2001 |

| SITE OVERVIEW | |
|---|---|
| APN(S) | Parcel 1: 2514-007<br>Parcel 2: 2514-008 |
| SITE SIZE (SF) | Parcel 1: 7,895 SF<br>Parcel 2: 30,200 SF<br>**TOTAL: 38,095 SF** |
| FRONTAGE | Sloat Blvd: 240'<br>45th Avenue: 166'<br>46th Avenue: 158'<br>Wawona Street: 240' |
| ZONING | NC-2 |




Colliers

# SITE & ZONING OVERVIEW

## ZONING OVERVIEW

The Property is zoned NC 2 which permits residential, retail, and some office uses. While the Property features a very large site and has a height limit of 100 feet, the existing zoning limits residential density to 1 unit per 800 square feet of lot area. Density can be increased through use of State Density bonuses which provide developers concessions to density and particular zoning controls in exchange for additional affordability.

## SITE DETAILS

**38,095**
SITE SF

**NC-2**
ZONING

**100'**
HEIGHT LIMIT

## SITE OVERVIEW

The site consists of two parcels totaling 0.87 acres, situated in a largely residential area with nearby landmarks including Ocean Beach, the San Francisco Zoo, and TPC Harding.



# DEVELOPMENT OVERVIEW

**While the Property has a height limit of 100 feet, the majority of the surrounding parcels are zoned for 40 feet and as improved are generally 2-3 stories with some newer developments featuring 4-5 stories (2800 Sloat). Additionally, the Property's NC-2 zoning restricts density to 1 unit per 800 square feet of land area (~48 units) which would likely be feasible to build within a 2-story building across the site.**

**Consistent with the previous proposals to redevelop the site, we believe a market-rate developer would likely seek approvals under a State Density Bonus scenario to avoid the current density restrictions and zoning limitations; however, given the current costs of construction and existing scale of the neighborhood, we believe various lower density projects (compared to the previous submittals including a 22-story and 50-story tower) are more appropriate and feasible in today's market.**

## LOW-DENSITY TYPE V CONSTRUCTION (3-STORIES)

| Development Assumptions | |
|---|---|
| Site Size | 38,095 |
| Projected Site Coverage | 75% |
| Site Coverage | 28,571 |
| Average Site Coverage / Unit (SF) | 600 |
| **Projected Total Units** | **48** |
| **Average Unit Size** | **1,600** |
| **Total Net Saleable SF (Rounded)** | **76,200** |

**ASSUMPTIONS**

1) **Assumes a low-density scenario where the developer seeks approval for ownhomes (Type V construction)**
2) **Analysis assumes a typical 3-story townhome featuring ~1,600 square feet**

## MEDIUM-DENSITY TYPE III CONSTRUCTION (5-STORIES)

| Floor | Height Per Floor | Projected Units / Floor | Total Projected Net SF | GSF |
|---|---|---|---|---|
| 5 | 10 ' | 30 | 22,857 | 28,571 |
| 4 | 10 ' | 30 | 22,857 | 28,571 |
| 3 | 10 ' | 30 | 22,857 | 28,571 |
| 2 | 10 ' | 30 | 22,857 | 28,571 |
| 1 | 15 ' | 30 | 22,857 | 28,571 |
| | **55 '** | **150** | **114,285** | **142,856** |

| Development Specs | |
|---|---|
| Site Size | 38,095 |
| Coverage | 75% |
| Efficiency | 80% |
| Average Unit Size | 750 |

**ASSUMPTIONS**

1) **Assumes a medium-density scenario where the developer seeks approval for a traditional rental or condo building (Type III construction)**
2) **Assumes developer seeks approval under a State Density Bonus to avoid unit density restrictions and zoning and massing controls**

## HIGH-DENSITY TYPE I CONSTRUCTION (9-STORIES)

| Floor | Height Per Floor | Projected Units / Floor | Total Projected Net SF | GSF |
|---|---|---|---|---|
| 9 | 11 ' | 30 | 22,857 | 28,571 |
| 8 | 11 ' | 30 | 22,857 | 28,571 |
| 7 | 11 ' | 30 | 22,857 | 28,571 |
| 6 | 11 ' | 30 | 22,857 | 28,571 |
| 5 | 11 ' | 30 | 22,857 | 28,571 |
| 4 | 10 ' | 30 | 22,857 | 28,571 |
| 3 | 10 ' | 30 | 22,857 | 28,571 |
| 2 | 10 ' | 30 | 22,857 | 28,571 |
| 1 | 15 ' | 30 | 22,857 | 28,571 |
| | **100 '** | **270** | **205,713** | **257,141** |

| Development Specs | |
|---|---|
| Site Size | 38,095 |
| Coverage | 75% |
| Efficiency | 80% |
| Average Unit Size | 750 |

**ASSUMPTIONS**

1) **Assumes a high-density scenario where the developer seeks approval for a traditional rental or condo building (Type I construction)**
2) **Assumes developer seeks approval under a State Density Bonus to avoid unit density restrictions and zoning and massing controls**

# VALUE SCENARIOS

# VALUE SCENARIOS

**HIGHLIGHTED BELOW ARE THE VARIOUS SCENARIOS WE REVIEWED IN-ORDER TO DETERMINE VALUE FOR THE PROPERTY.**

## 1. MARKET-RATE DEVELOPMENT:

Review and analysis of the value of the Property if sold to a market-rate developer in today's market. Colliers took into account 3 different development scenarios which we believe would be considered "feasible" in today's market given the achievable pricing on either for-sale or for-rent project. The analysis does not assume the recent historical development submittals are viable in today's market and thus were not used in our conclusion of value.

## 2. AFFORDABLE DEVELOPMENT:

Review and analysis of the value of the Property if sold to an affordable developer buyer. Colliers based their concluded value on the latest affordable housing sales that have occurred in the market for purposes of valuation under this scenario.

## 3. AS-IS RETAIL:

Review and analysis of the value of the existing improvements if sold to an investor with the current lease in-place. This scenario assumes a minimum of a 5-year lease (or longer) is perfected with Sloat Garden Center at the current rental level.

### MARKET-RATE DEVELOPMENT



2800 SLOAT (NEXT DOOR TO SUBJECT)

### AFFORDABLE DEVELOPMENT




1234 GREAT HIGHWAY

### AS-IS RETAIL



2700 SLOAT

# SCENARIO 1
# MARKET-RATE DEVELOPMENT

# LIKLEY MARKET-RATE DEVELOPMENT OPTIONS

## OPTION 1 / LOW-DENSITY (TYPE V CONSTRUCTION)

**48**
PROJECTED TOWNHOME UNITS

**3**
# OF STORIES

**±76,200**
PROJECTED BUILDABLE SF

**±1,600**
AVERAGE UNIT SIZE

## OPTION 2 / MEDIUM DENSITY (TYPE III CONSTRUCTION)

**150**
PROJECTED UNITS

**5**
# OF STORIES

**±114,300**
PROJECTED BUILDABLE SF

**±750**
AVERAGE UNIT SIZE

## OPTION 3 / HIGH DENSITY (TYPE I CONSTRUCTION)

**270**
PROJECTED UNITS

**9**
# OF STORIES

**±206,000**
PROJECTED BUILDABLE SF

**±750**
AVERAGE UNIT SIZE

# MARKET-RATE LAND SALE COMPARABLES

**Highlighted below are several recent market-rate residential transactions which indicate a very wide range in both price / unit (+/- $37K - $234K) and price per buildable SF (+/- $57 - $161 per square foot).**

| |  |  |  |  |  |
|---|---|---|---|---|---|
| **ADDRESS** | **770 Woolsey** | **360 5th Street** | **469 Stevenson** | **300 De Haro** | **1979 Mission** |
| **SALE DATE** | Marketing | May-25 | Jun-23 | May-22 | Feb-22 |
| **PRICE** | $15,000,000 | $10,000,000 | $20,550,000 | $16,600,000 | $43,000,000 |
| **UNITS** | 64 | 127 | 495 | 450 | 331 |
| **SALEABLE SF** | 106,334 | 100,872 | 361,797 | 141,808 | 267,000 |
| **PRICE / SALEABLE SF** | **$141** | **$99** | **$57** | **$117** | **$161** |
| **PRICE / UNIT** | **$234,375** | **$78,740** | **$41,515** | **$36,889** | **$129,909** |
| **STATUS** | Entitled | Entitled / "Shovel-Ready" | Entitled | Entitled | Un-Entitled |
| **CONSTRUCTION TYPE** | Type V | Type III & V | Type I | Type I | Type I |
| **HARD COSTS / SSF** | $425 | $575 | $800 | $700 | $700 |
| **BMRS** | In-Lieu Fee | 14.2% On-Site | 15.0% On-Site | 40% On-Site | TBD |
| **COMMENTS** | Entitled townhome development site located in the Portola district of San Francisco situated on a large 2.2 acre site. | Entitled and "shovel-ready" residential development site located in SOMA West. Buyer is a developer / builder who took on some initial site dewatering and stabilization prior to closing on the Project. | Entitled high-rise apartment development site located in Mid-Market. Site was optioned several years prior to closing. | Entitled residential project (to be used for group housing) located in Potrero Hill. Site was optioned for several years prior to closing. | Large-scale un-entitled development site located on the prominent corner of 16th and Mission in the Mission District. Total units and saleable SF based on latest market-rate design by Sellers. To become a 100% affordable housing project. |

# MARKET-RATE DEVELOPMENT CONCLUSION

## OPTION 1 / LOW-DENSITY (TYPE V CONSTRUCTION)

**48**
PROJECTED TOWNHOME UNITS

**$145K-$175K**
VALUE/UNIT

**±$6.9M-$8.3M**
TOTAL PROJECTED VALUE

## OPTION 2 / MEDIUM DENSITY (TYPE III CONSTRUCTION)

**150**
PROJECTED UNITS

**$50K-$60K**
VALUE/UNIT

**±$7.5M-$9M**
TOTAL PROJECTED VALUE

## OPTION 3 / HIGH DENSITY (TYPE I CONSTRUCTION)

**270**
PROJECTED UNITS

**$40K-$50K**
VALUE/UNIT

**±$10.8M-$13.5M**
TOTAL PROJECTED VALUE

# SCENARIO 2
# AFFORDABLE DEVELOPMENT

# PROJECTED AFFORDABLE DEVELOPMENT

**While hard to predict what an affordable developer may seek to entitle, we have assumed for purposes of our analysis that the same density is achieved at 2700 Sloat consistent with the last recent sale in the area located at 1234 Great Highway.**

## 1234 GREAT HIGHWAY




| 199 | 40,915 | 206 |
| --- | --- | --- |
| TOTAL UNITS | LAND AREA (SF) | UNITS/LAND AREA (SF) |

## 2700 SLOAT



| 38,095 | 206 | 185 |
| --- | --- | --- |
| LAND AREA (SF) | UNITS/LAND AREA (SF) | TOTAL PROJECTED UNITS |

# AFFORDABLE LAND SALE COMPARABLES

**Highlighted below are several recent affordable housing land transactions which indicate a range of value from $70K - $115K / unit.**

**Affordable land sales are complex and there are many nuanced factors to understanding value with one of the most important factors being location and resource rating which for various reasons can impact funding availability. With regards to the CTCAC/HCD resource rating, 2700 Sloat is rated "High" which while considered a good rating, a "Highest" rating is the best (as is the case with 1234 Great Highway) as it provides the project team with the best scoring when searching for funding.**

| |  |  |  |  |
|---|---|---|---|---|
| **ADDRESS** | **1633 Valencia** | **650 Divisadero** | **1234 Great Hwy** | **249 Pennsylvania** |
| **SALE DATE** | May-24 | Jan-24 | Oct-23 | Oct-23 |
| **PRICE** | $19,200,000 | $12,250,000 | $21,700,000 | $11,350,000 |
| **UNITS** | 275 | 107 | 199 | 100 |
| **NET BUILDABLE SF** | 142,000 | 90,015 | 165,000 | 81,116 |
| **PRICE / NET BUILDABLE SF** | **$135** | **$136** | **$132** | **$140** |
| **PRICE / UNIT** | **$69,818** | **$114,486** | **$109,045** | **$113,500** |
| **STATUS** | Un-Entitled | Un-Entitled | Un-Entitled | Un-Entitled |
| **SITE SIZE** | 43,560 | 12,500 | 40,195 | 21,625 |
| **COMMENTS** | Developer purchase of a large un-entitled site for construction of 100% affordable units. Sequoia is developing a 130-unit low-income senior housing project and Mercy is developing a 145-unit supportive housing for seniors development. Pricing above reflects the total land value between 2 transactions. Located in a "Moderate" resource location per the CTCAC/HCD map. | Developer purchase of an infill housing site in the NOPA neighborhood. Project will be a 10-story, 100% affordable housing project. Located in a "Highest" resource location per the CTCAC/HCD map which helps the sponsor access various funding sources for the Project. | Developer purchase of an existing 60-room motel property to be demolished as part of the future redevelopment.<br><br>Project will provide 199 units of 100% affordable housing for seniors as well as a Adult Day Health Care Center. **Located in a "Highest" resource location per the CTCAC/HCD map which helps the sponsor access various funding sources for the Project.** | Developer purchase of a former industrial site for the construction of a 100-unit 100%T affordable housing project. Located in a "High" resource location per the CTCAC/HCD map which helps the sponsor access various funding sources for the Project. |

# AFFORDABLE DEVELOPMENT CONCLUSION

## 2700 SLOAT
## PROJECTED AFFORDABLE PROJECT

| 185 | $50K-$75K | ±9.25M-$13.9M |
|---|---|---|
| TOTAL PROJECTED UNITS | PROJECTED VALUE / UNIT | PROJECTED VALUE RANGE |

Our concluded value per unit for an affordable project falls just below the most recent comps given the recent feedback in the market as to available affordable housing funding.

As of July 2025, the revised San Francisco budget cuts as approved the Board of Supervisors reduces available funds for affordable housing generally. Furthermore, the Project's "high" resource rating may impact the availability of outside or state funding and a developers desire to pursue an affordable project at 2700 Sloat.



# SCENARIO 3
# AS-IS RETAIL

# AS-IS RETAIL VALUATION

**Highlighted below is our projected value of the Property on an As-Is basis as a retail investment. Under this scenario, we have assumed Sloat Garden Center remains in-place and extends the term of their lease under the current in-place rent.**



| | |
|---|---|
| In-Place Annual Base Rent | ±$550,000 |
| Less, Property Taxes (Landlord Responsibility) | ±$80,000[1] |
| Projected Net Operating Income | $470,000 |

*(1) Based on As-Is Value of $6.7M*

| SENSITIVY ANALYSIS OF INVESTMENT VALUE | | | |
|---|---|---|---|
| NOI | $480,000 | $470,000 | $459,000 |
| Cap | 8.0% | 7.0% | 6.0% |
| Value | $6.0M | $6.7M | $7.6M |

# CONCLUDED VALUE SUMMARY

**Based on our review and analysis under each of the three (3) sale scenarios, a sale to an affordable housing developer will produce the highest residual land value compared to a sale to a market rate residential developer and/or a buyer for the existing industrial building.**

## MARKET-RATE DEVELOPMENT

±$6.9M-$13.8M
VALUE RANGE

48-270
TOTAL UNITS

## AFFORDABLE DEVELOPMENT

±$9.25M-$13.9M
VALUE RANGE

±185
TOTAL UNITS

## AS-IS RETAIL

±$6.0M-$7.6M
VALUE RANGE

6%-8%
CAP RATE RANGE

# TEAM RESUMES

# RESUMES



## TONY CROSSLEY

EXECUTIVE VICE PRESIDENT
Colliers | San Francisco

tony.crossley@colliers.com

### EDUCATION

BSC (Land Management), University of Reading, England

Broker, California
Lic. 00900574

### AFFILIATIONS & MEMBERSHIPS

Colliers Land Advisory Bay Area

Member of the Royal Institution of Chartered Surveyors, 1983

### CONTACT DETAILS

D: 415 288 7807

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

Tony Crossley specializes in the sale of downtown San Francisco commercial properties and development land.

Tony has been with Colliers for the past 28 years and has been a downtown San Francisco investment specialist for the past 38 years.

### PROFESSIONAL ACCOMPLISHMENTS

Tony is consistently a top-producing broker at Colliers International USA. Tony has completed over $4 billion in commercial property sales and sold in excess of 300 downtown San Francisco properties over the past 30 years. In the range of $10 to $100 million, Tony has sold more investment properties in downtown San Francisco than any other single broker. Tony also specializes in the sale of residential and commercial development sites in the City, including many of San Francisco's iconic new developments.

### EDUCATIONAL BACKGROUND

Tony graduated as a Chartered Surveyor in 1983 and graduated with a BSC honors degree in real estate from the University of Reading in England in 1981. Reading is recognized as one of the leading real estate schools in the world.

### CLIENTS

Clients have included BlackRock, Crescent Heights, The Lionstone Group, The Blackstone Group, Prudential Real Estate Investors, Tishman Speyer, Bank of America, Wells Fargo Bank, and Rockpoint Capital.



## DARREN KUIPER

SENIOR VICE PRESIDENT
Colliers | San Francisco

darren.kuiper@colliers.com

### EDUCATION

California Polytechnic State University, San Luis Obispo
BS, Finance

Salesperson, California
Lic. 01958824

### AFFILIATIONS & MEMBERSHIPS

NAIOP San Francisco Bay Area

Colliers Land Advisory Bay Area

### CONTACT DETAILS

D: 415 288 7817

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

Darren Kuiper has been involved in commercial real estate brokerage and consulting in the Bay Area since 2010.

Darren specializes in the marketing and sale of commercial properties and development land in the San Francisco Bay Area for both institutional and private capital clients.

Since joining the San Francisco Colliers Investment Services Group, Darren has participated in closing over $2.5 billion of product.

### BUSINESS & EDUCATIONAL BACKGROUND

Prior to joining Colliers in 2012, Darren worked with CBRE, a global real estate real estate services provider, in their Silicon Valley office focusing on commercial appraisal and business partnership valuations.

Darren graduated from California Polytechnic State University, San Luis Obispo in 2008 with a degree in Business Administration and a concentration in Finance.

### CLIENTS

Clients have included Crescent Heights, Gaw Capital, Downtown Properties, Alliance Bernstein, The Carlyle Group, Trammel Crow Residential, Veritas, TMG Partners, Trumark Urban, MK Equities Group, UrbanGreen Development Company, Rockwood Capital, Blackrock, Strada, Prudential Real Estate Investors, CIM Group, Hines, Invesco, Maximus, NRG, Hostelling International, Goodwill Industries, The City & County of San Francisco, and The Port of San Francisco.

# RESUMES



## TIM MAAS

EXECUTIVE VICE PRESIDENT
Colliers | San Francisco

tim.maas@colliers.com

### EDUCATION

University of Wisconsin, Madison Real Estate Investment Analysis & Urban Land Economics

Salesperson, California
Lic. 00956740

### AFFILIATIONS & MEMBERSHIPS

Colliers Land Advisory Bay Area

University of Wisconsin, Madison Real Estate Alumni Associate

Leukemia Society, Treasurer, 1990-1993

Meadow Club Golf Club

### CONTACT DETAILS

D: 415 288 7863

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

Tim Maas, Executive Vice President, has been directly involved in the sale of commercial buildings in downtown San Francisco since 1986.

Tim's primary focus is the representation of building owners in the marketing and sale of investment properties and land in the San Francisco Bay Area. Tim has completed the sale of more Union Square and Jackson Square office and retail buildings than any other single broker. He joined Colliers in 2003 after having spent the past 13 years with GVA Whitney Cressman as head of its investment division and national practice. Over his 38 year career, Tim has completed the sale of over 250 properties with an aggregate value of over $3B.

### PROFESSIONAL ACCOMPLISHMENTS

- Top 10 Broker Colliers San Francisco, 2003 to present
- Top 50 Broker Colliers nationally, 2003 to present
- Top investment team in San Francisco in transaction values between $3M to $75M, 2003 to present
- Top Colliers Investment team nationally, 2003 to present

### EDUCATIONAL BACKGROUND

Tim graduated from the University of Wisconsin's Real Estate program in 1985.

### CLIENTS

Clients have included Kilroy Realty Corporation, Port of San Francisco, City and County of San Francisco, Avalon Bay, Angelo Gordon, Cherokee, The Broe Group, The Blackstone Group, Strada, Prudential Real Estate Investors,



## WILL CLIFF

VICE PRESIDENT
Colliers | San Francisco

will.cliff@colliers.com

### EDUCATION

University of California, Los Angeles
BA, International Economics

Saleperson, California
Lic. 01976818

### AFFILIATIONS & MEMBERSHIPS

NAIOP San Francisco Bay Area
YPG Class of 2019 Graduate

UCLA Young Alumni Development Council

### CONTACT DETAILS

D: 415 686 6844

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

Will Cliff, a San Francisco Bay Area native, has been working in commercial real estate since 2012 and joined the Colliers San Francisco Investment Services Group (CISG) in 2016.

Will specializes in the sale of commercial properties and development land in the San Francisco Bay Area. Trusted by clients for his local market expertise, deep understanding of real estate value fundamentals, and ability to execute, Will has participated in closing over 100 properties totaling more than $1.5 billion of product.

### BUSINESS & EDUCATIONAL BACKGROUND

Prior to joining Colliers, Will worked as a Financial Analyst at CBRE Group, a global commercial real estate services firm. Working on an institutional Class-A agency leasing team in CBRE's downtown San Francisco office, Will worked on team listings that included both Salesforce Tower and 555 California.

Will graduated from the University of California, Los Angeles with a Bachelor of Arts degree in Economics and Global Studies.

### CLIENTS

Clients have included Harvest Properties, Covo Capital, Walden Development, Aralon Properties, Bullock Capital, Martin Building Co., Crescent Heights, Hines, LBA Realty, Farallon Capital Management, Presidio Bay Ventures, as well as a number of local individuals and private family offices.

# RESUMES



## KAI WEMBER-BROWN

FINANCIAL ANALYST
Colliers | San Francisco

kai.wember-brown@colliers.com

### EDUCATION

California Polytechnic
State University,
San Luis Obispo
BS, Finance,
Minor in Real Property
Development

### AFFILIATIONS & MEMBERSHIPS

ULI

### CONTACT DETAILS

D: 415 288.7859

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

Kai has held multiple internships within Real Estate, Asset Management, and Data Science, and started to focus on commercial real estate in 2024. Kai specializes in the underwriting and analysis of commercial real estate properties and developments in the Bay Area

### BUSINESS & EDUCATIONAL BACKGROUND

Prior to joining Colliers, Kai studied at California Polytechnic State University, studying finance and real property development and graduated Cum Laude in June 2025. In addition to academic experience Kai has held internships at ICG Advisors and SWBC.



## NICOLE FLORES

CLIENT SERVICES SPECIALIST
Colliers | San Francisco

nicole.flores@colliers.com

### EDUCATION

B.A., Major in Industrial Psychology
California State University

Salesperson, California
Lic. 01988919

### CONTACT DETAILS

D: 415 293 6216

Colliers International
101 2nd Street
Fl. 11
San Francisco, CA 94105

colliers.com

### AREA OF EXPERTISE

With over 15 years of commercial real estate experience, Nicole has extensive industry knowledge and specializes in supporting brokerage operations. She is a resourceful and performance-driven professional with the ability to thrive in a face-paced environment. Nicole provides internal support including property proposals, escrow management, market presentations and project reports.

### PROFESSIONAL BACKGROUND

Before joining Colliers San Francisco Investment Services Group (CISG), Nicole spent 15 years with Newmark. During her time at Newmark, Nicole managed teams across multiple East Bay Offices, delivering exceptional support to enhance operational effectiveness and client satisfaction.

## COLLIERS INVESTMENT SERVICES GROUP

**TONY CROSSLEY**
EXECUTIVE VICE PRESIDENT
415.288.7807
TONY.CROSSLEY@COLLIERS.COM
LIC. 00900574

**DARREN KUIPER**
SENIOR VICE PRESIDENT
415.288.7817
DARREN.KUIPER@COLLIERS.COM
LIC. 01958824

**TIM MAAS**
EXECUTIVE VICE PRESIDENT
415.288.7863
TIM.MAAS@COLLIERS.COM
LIC. 00956740

**WILL CLIFF**
VICE PRESIDENT
415.288.7828
WILL.CLIFF@COLLIERS.COM
LIC. 01976818

**KAI WEMBER-BROWN**
FINANCIAL ANALYST
415.288.7859
KAI.WEMBER-BROWN@COLLIERS.COM

**NICOLE FLORES**
CLIENT SERVICES SPECIALIST
415.293.6216
NICOLE.FLORES@COLLIERS.COM
LIC. 01988919

Colliers

101 2ND ST., FL. 11
SAN FRANCISCO, CA 94105
COLLIERS.COM

# EXHIBIT "4"



# RUBEN MARTINEZ

SENIOR BROKER | DRE 01527321

## CAREER SUMMARY

Ruben is a licensed broker with thirty years of experience, twenty years of which has been focused on serving fiduciary clients. Ruben represents professional trustees, trust companies, personal representatives, conservators, agents, receivers, and partition referees in what are often complex matters involving litigation. He is regularly present at hearings to confirm sales in the event the Court requires his testimony to substantiate the efforts made to market the real estate asset. Ruben is also called upon to testify as an expert witness in matters involving a real estate agent's representation of a fiduciary client.

Ruben understands that his actions, those of his brokerage, and of his client, must withstand the scrutiny of the Court, interested parties and, at times, parties adversarial to the fiduciary client. Ruben ensures all Court Orders and processes are carefully followed. After decades of managing complex transactions, Ruben has developed a proficiency for recognizing potential issues and proactively addresses them.

Ruben calls upon his experience having worked in Real Estate and Sales Management for large corporations, including Pepsi-Co, the Los Angeles Times and Jack In The Box.

During this time, Ruben managed the construction of new facilities and maintained existing facilities for Fortune 500 companies throughout the Western United States. Ruben was responsible for the bidding process and related contracts overseeing hundreds of contractors and vendors. His thorough knowledge of the construction process is a resource to the fiduciary client when selecting and monitoring contractors to ready the property for sale.

Ruben can be a valuable resource to ensure that the estate receives value and high quality workmanship from contractors. His eye for construction assists the fiduciary client in disclosing and remedying physical conditions which may exist on the estate property.

Ruben frequently speaks to fiduciary and other legal organizations about the issues surrounding the sale and preservation of real estate assets under the fiduciary's control.

## LANGUAGES

Ruben is fluent in Spanish and is currently learning Korean. This expands not only the potential buyer pool to a property but also allows Ruben to deal directly with contractors and other vendors.



# RUBEN MARTINEZ (CONT'D)

SENIOR BROKER | DRE 01527321

## CCIM COURSES COMPLETED

- Financial Analysis for Commercial Real Estate
- Disposition Analysis
- Commercial Real Estate Negotiations
- User Decision Analysis
- Market Analysis for Commercial Real Estate
- Real Estate Development Track: Market Studies & Strategies
- Creating Reliable Valuations
- Investment Analysis

## PROPERTY MANAGEMENT CERTIFICATION COURSES COMPLETED

- Residential Property Management for the Real Estate Licensee
- Single Family Homes & 2-4 Unit Residences
- Managing Apartment Buildings and Commercial Properties
- Working with Investors
- Vacation Rental Management
- Selling Income Property

## PUBLIC SPEAKING ENGAGEMENTS HOSTED

- "Receiverships: A Remedy for the Disposition of Difficult Properties" at County Counsels' Association of California (March 2020)
- "Valuation of Real Property and Reappraisal for Sale– Two Perspectives" at County Counsels' Association of California (October 2019)

## PROFESSIONAL AFFILIATIONS

- Member – CCIM
- Member – California Association of Realtors
- Member – Orange County Association of Realtors, Other Boards Statewide
- Member – Professional Fiduciary Association of California, Affiliate
- Member American Bankruptcy Institute
- Member – MLS Committee – OCAR
- Consistent multi-million dollar producer
- Twice Recipient – Online Excellence in Marketing Award – realtor.com
- Recipient – FIVE STAR Real Estate Agent Award
- Recipient – FIRST TEAM HALL OF FAME
- Numerous Top Listings, Top Units, Top Volume Awards
- Past Member, International Conference of Building Officials, ICBO

# EXHIBIT "5"

# Sale Comps Analytics

| CAP RATE | SALE PRICE/SF | AVERAGE SALE PRICE | SALES VOLUME | SALE VS ASKING PRICE | SOLD SF | MONTHS TO SALE |
|---|---|---|---|---|---|---|
| 6.1% | $436 | $5.1M | $169M | -21.0% | 395K | 14.2 |

## Key Metrics

| | Count | Low | Average | Median | High |
|---|---|---|---|---|---|
| Price | 33 | $750,000 | $5,128,496 | $2,650,000 | $33,644,000 |
| Building SF | 37 | 499 | 10,672 | 7,330 | 55,200 |
| Price Per SF | 32 | $119 | $436 | $366 | $1,504 |
| Cap Rate | 8 | 3.9% | 6.1% | 6.0% | 8.6% |

| | Count | Low | Average | Median | High |
|---|---|---|---|---|---|
| Days on Market | 13 | 35 | 433 | 327 | 1,409 |
| Sale to Asking Price | 12 | -56.3% | -21.0% | -10.2% | 0% |
| % Leased at Sale | 3 | 0% | 33.3% | 0% | 100.0% |
| Land Acres | 37 | 0.0 | 0.2 | 0.1 | 1.6 |



© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Key Performance Indicators





© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Sales Volume & Sale Price Per SF




## Sales Volume




## Cumulative Sales Volume By Year




## Sales Volume By Star Rating





© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Sales Volume By Transaction Type




## Sale Price




## Sale Price Distribution




## Sale Price Per SF





© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Sale Price Per SF Distribution




## Sale Price Per SF By Transaction Type




## Sale Price Per SF By Location Type




## Market Sale Price Per SF By Location Type






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Market Price




## Market Price & Transaction Price




## Market Sale Price Per SF




## Market Sale Price & Transaction Sale Price Per SF






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Market Sale Price Per SF By Star Rating




## Sale To Asking Price Differential




## Cap Rate




## Cap Rate By Star Rating






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Cap Rate Distribution




## Cap Rate By Location Type




## Cap Rate By Transaction Type




## Market Cap Rate






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Market Cap Rate By Location Type




## Market Cap Rate & Transaction Cap Rate




## Market Cap Rate By Star Rating




## Occupancy At Sale






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Probability Of Selling In Months




## Months To Sale




## Top Buyers




## Top Sellers






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Top Buyer Brokers




## Top Seller Brokers




## Sales By Buyer Type




## Sales By Seller Type





© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Sales Volume By Buyer Type




## Sales Volume By Seller Type




## Net Buying & Selling By Owner Type




## Sales Volume By Buyer Origin






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Sales Volume By Seller Origin




## Average Price Per SF By Buyer Origin




## Average Cap Rate By Buyer Origin




## Market Asking Rent Per SF






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Market Asking Rent Growth (YOY)




## Market Asking Rent & Asking Rent Per SF




## Asking Rent Per SF




## Daily Asking Rent Per SF





© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Daily Vacancy Rate




## Vacancy Rate




## Vacant SF




## Availability Rate






© 2025 CoStar Realty Information Inc.

# Sale Comps Analytics

## Available SF




## Availability & Vacancy Rate




## Available & Vacant SF




## Vacancy & Market Asking Rent Per SF






© 2025 CoStar Realty Information Inc.

# Report Criteria

- 39 Records / 38 Properties
- Property Type: Retail
- Market: San Francisco - CA
- Sale Date: After 7/24/24
- Include: Public Record Comps
- Property Size: 5,000+ SF
- Sale Status: Sold +1
- Search On and Return Portfolio Sales as Individual Properties: Yes


© 2025 CoStar Realty Information Inc.

# EXHIBIT "6"

## 1 2700 Sloat Blvd (Part of a 2-Property Sale)

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

★★★☆☆ Retail

| | | | |
|---|---|---|---|
| Sold | 12/4/2020 | Land Area | 30,056 SF/0.69 AC |
| Sale Price | $6,774,831 ($1,131.40/SF) | Sale Comp Status | Research Complete |
| GLA (% Leased) | 5,988 SF (100%) | Sale Comp ID | 5330600 |
| Price Status | Allocated | Parcel Numbers | 2514-008 |
| Built | 2001 | Sale Conditions | Redevelopment Project |



| Type | Name | Location | Phone |
|---|---|---|---|
| Recorded Buyer | 2700 Sloat Holding Llc | El Dorado Hills, CA 95762 | - |
| Recorded Seller | Straus David | - | - |
| True Seller | Sloat Garden Center | Sausalito, CA 94965 | (415) 332-0657 |

## 2 2750 Sloat Blvd (Part of a 2-Property Sale)

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

★★☆☆☆ Retail

| | | | |
|---|---|---|---|
| Sold | 12/4/2020 | Land Area | 4,356 SF/0.10 AC |
| Sale Price | $1,775,169 ($1,131.40/SF) | Sale Comp Status | Research Complete |
| GLA (% Leased) | 1,569 SF (100%) | Sale Comp ID | 5330600 |
| Price Status | Allocated | Parcel Numbers | 2414-007 |
| Built | 1931 | Sale Conditions | Redevelopment Project |




| Type | Name | Location | Phone |
|---|---|---|---|
| Recorded Buyer | 2700 Sloat Holding Llc | El Dorado Hills, CA 95762 | - |
| Recorded Seller | Straus David | - | - |
| True Seller | Sloat Garden Center | Sausalito, CA 94965 | (415) 332-0657 |

1

## 2700 Sloat Blvd (Part of a 2-Property Sale)

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

★★★☆☆

Retail

### Sale Summary

| | |
|---|---|
| Sold | 12/4/2020 |
| Sale Price | $6,774,831 ($1,131.40/SF) |
| GLA (% Leased) | 5,988 SF (100%) |
| Price Status | Allocated |
| Built | 2001 |
| Land Area | 30,056 SF/0.69 AC |
| Sale Comp Status | Research Complete |
| Sale Comp ID | 5330600 |
| Parcel Numbers | 2514-008 |
| Sale Conditions | Redevelopment Project |



### Contacts

| Type | Name | Location | Phone |
|---|---|---|---|
| Recorded Buyer | 2700 Sloat Holding Llc | El Dorado Hills, CA 95762 | - |
| Recorded Seller | Straus David | - | - |
| True Seller | Sloat Garden Center | Sausalito, CA 94965 | (415) 332-0657 |
| Contacts | Dave Straus (415) 332-0657 X111 | | |

### Transaction Details

| | | | |
|---|---|---|---|
| Sale Date | 12/4/2020 | Hold Period | 239 Months |
| Sale Price | $6,774,831 ($1,131.40/SF) | Recording Date | 12/4/2020 |
| Land Price | $225/SF ($9,818,726.32/AC) | Transfer Tax | $192,375 |
| Sale Type | Investment | Document Number | 063251 |
| Sale Conditions | Redevelopment Project | | |
| Parcel Number | 2514-008 | | |

### Transaction Notes

On December 4, 2020, the retail property located at 2700-2750 Sloat Boulevard in San Francisco, CA sold for $8.55 million. The current site of Sloat Garden Centers sits on two parcels that total 0.79 acres. The Sloat Garden Center, which first opened in the 1950s, continues to operate at this time.

Throughout the last decade, multiple redevelopment proposals have been submitted to the city for review. The latest preliminary plans were submitted in March of 2020 for an 85-foot mixed use building including 283 condos with 85 of them as affordable units.

### Assessment At Sale

| Assessed Year | Total Assessed | Improved Assessed | Land Assessed | % Improved | Tax Amount |
|---|---|---|---|---|---|
| 2020 | $4,456,693 | $1,696,330 | $2,760,363 | 38.06% | $85,011.76 |

### Sale History

| Sale Date | Price | Sale Type | Buyer | Seller |
|---|---|---|---|---|
| 12/4/2020 | $8,550,000 ($1,131.40/SF) | 2 Property Portfolio | 2700 Sloat Holding Llc | Sloat Garden Center |

FRES Fiduciary Real Estate Services

© 2025 CoStar Group - Licensed to Fiduciary Real Estate Services - 562750

1 **2700 Sloat Blvd (Part of a 2-Property Sale)**

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

★★★☆☆ Retail

## Tenants at Sale

| Tenant Name | Floor | SF Occupied | Employees | Move Date | Expiration |
|---|---|---|---|---|---|
| Sloat Garden Center | 1 | 3,000 | 35 | - | - |

Showing 1 of 1 Tenants

## Property Details

| | | | |
|---|---|---|---|
| Tenancy | Single | Docks | None |
| Number of Tenants | 1 | Building FAR | 0.20 |
| Parking Spaces | 25 Surface Spaces; Ratio of 4.18/1,000 SF | | |
| Frontage | 136' on Sloat Blvd | | |

## Amenities

- Pylon Sign
- Signalized Intersection

2

# 2750 Sloat Blvd (Part of a 2-Property Sale)

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

Retail

## Sale Summary

| | |
|---|---|
| Sold | 12/4/2020 |
| Sale Price | $1,775,169 ($1,131.40/SF) |
| GLA (% Leased) | 1,569 SF (100%) |
| Price Status | Allocated |
| Built | 1931 |
| Land Area | 4,356 SF/0.10 AC |
| Sale Comp Status | Research Complete |
| Sale Comp ID | 5330600 |
| Parcel Numbers | 2414-007 |
| Sale Conditions | Redevelopment Project |




## Contacts

| Type | Name | Location | Phone |
|---|---|---|---|
| Recorded Buyer | 2700 Sloat Holding Llc | El Dorado Hills, CA 95762 | - |
| Recorded Seller | Straus David | - | - |
| True Seller | Sloat Garden Center | Sausalito, CA 94965 | (415) 332-0657 |
| Contacts | Dave Straus (415) 332-0657 X111 | | |

## Transaction Details

| | | | |
|---|---|---|---|
| Sale Date | 12/4/2020 | Hold Period | 20+ Years |
| Sale Price | $1,775,169 ($1,131.40/SF) | Recording Date | 12/4/2020 |
| Land Price | $408/SF ($17,751,690.00/AC) | Transfer Tax | $192,375 |
| Sale Type | Investment | Document Number | 063251 |
| Sale Conditions | Redevelopment Project | | |
| Parcel Number | 2414-007 | | |

## Transaction Notes

On December 4, 2020, the retail property located at 2700-2750 Sloat Boulevard in San Francisco, CA sold for $8.55 million. The current site of Sloat Garden Centers sits on two parcels that total 0.79 acres. The Sloat Garden Center, which first opened in the 1950s, continues to operate at this time.

Throughout the last decade, multiple redevelopment proposals have been submitted to the city for review. The latest preliminary plans were submitted in March of 2020 for an 85-foot mixed use building including 283 condos with 85 of them as affordable units.

## Assessment At Sale

| Assessed Year | Total Assessed | Improved Assessed | Land Assessed | % Improved | Tax Amount |
|---|---|---|---|---|---|
| 2020 | $4,456,693 | $1,696,330 | $2,760,363 | 38.06% | $24,581.34 |

## Sale History

| Sale Date | Price | Sale Type | Buyer | Seller |
|---|---|---|---|---|
| 12/4/2020 | $8,550,000 ($1,131.40/SF) | 2 Property Portfolio | 2700 Sloat Holding Llc | Sloat Garden Center |



© 2025 CoStar Group - Licensed to Fiduciary Real Estate Services - 562750

2

**2750 Sloat Blvd (Part of a 2-Property Sale)**

San Francisco, CA 94116 (San Francisco County) - Southern City Submarket

Retail

## Property Details

| | | | |
|---|---|---|---|
| Tenancy | Single | Building FAR | 0.36 |
| Docks | None | | |
| Frontage | 63' on Sloat Blvd | | |



© 2025 CoStar Group - Licensed to Fiduciary Real Estate Services - 562750

Quick Stats Report

## Comps Statistics

| | Low | Average | Median | High | Count |
|---|---|---|---|---|---|
| Sale Price | $1,775,169 | $4,275,000 | $4,275,000 | $6,774,831 | 2 |
| Center Size | 1,569 SF | 3,778 SF | 3,778 SF | 5,988 SF | 2 |
| Price per SF | $1,131.40 | $1,131.40 | $1,131.40 | $1,131.40 | 2 |
| Actual Cap Rate | - | - | - | - | - |
| Days on Market | - | - | - | - | - |
| Sale Price to Asking Price Ratio | - | - | - | - | - |

### Totals

| | | | | |
|---|---|---|---|---|
| Sold Transactions | Total Sales Volume: | $8,550,000 | Total Sales Transactions: | 2 |

### Survey Criteria

basic criteria: Sale Date - from 7/25/2015; Sale Status - Sold, Under Contract/Pending; Return and Search on Portfolio Sales as Individual Properties - Yes; Exclude Non-Arms Length Comps - Yes

geography criteria: Market Area - San Francisco - CA

© 2025 CoStar Group - Licensed to Fiduciary Real Estate Services - 562750.

# EXHIBIT "7"

**From:** Simon Aron
**Sent:** Wednesday, August 20, 2025 10:11 AM
**To:** mail@demetras-oneill.com
**Cc:** Elsa Horowitz
**Subject:** 2700 Sloat Holdings, LLC; Case No. 25-50584

Dear Mr. Demetras:

As you are aware, office represents secured creditor Lone Oak Fund, LLC ("Lone Oak"). Pursuant to Local Rule 4001(a)(2), I write to regarding Lone Oak's anticipated motion seeking relief from the stay (the "Motion") with respect to the above-named debtor's real property located at 2700-2750 Sloat Boulevard, San Francisco, CA (the "Property"). We anticipate filing the Motion pursuant to Section 362(d)(1) and (2) seeking relief for "cause" and by reason of a lack of adequate protection. In addition to a lack of adequate protection, Lone Oak will also assert that the debtor's case was filed in bad faith based upon the debtor's principal absconding with over $415,000 of rents collected after taxes and our loan were in default and pending orders to show cause issued to both the debtor and its principal to account and turnover those rents to the receiver. As you have already seen from Lone Oak's motion to excuse compliance under Section 543, the State Court was prepared to order debtor and its principal either return or repay those amounts to the receiver. Debtor's bad faith is also alleged by reason of its dishonest statements and omissions in its petition, schedules and statement of financial affairs. As an example, the debtor failed to designate its business as a single asset real estate (as defined in Section 101(51B)).

Lone Oak further asserts that relief is appropriate under subsection (2) The Property has no equity given the debts secured thereby and no income given the theft of the rents. Its schedules disclose it has no cash or other assets beyond a purported claim against the County of San Francisco. It is clear that no reorganization can be in prospect given these facts.

More recently, it appears the debtor has failed to maintain insurance for the Property as Lone Oak's certificate indicates an expiration date of July 16, 2025.

For all of these reasons, we request that debtor stipulate to relief from the stay so as to avoid further unnecessary costs or delays. If you wish to discuss any of the foregoing, please feel free to contact me at the email or telephone number listed below.

In the absence of a response within the next three (3) business days, Lone Oak will be filing its motion and prosecuting the same to the fullest extent.

Sincerely,

Simon Aron
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard
9th Floor
Los Angeles, California 90064
Telephone: (310) 478-4100
Direct: (310) 744-6601
Fax: (310) 479-14222

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, a true and correct copy of **COMPENDIUM OF EVIDENCE IN SUPPORT OF SECURED CREDITOR LOAN OAK FUND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (11 U.S.C. §362(d)(1) &(2))** was served:

(1) via the United States District Court CM/ECF system and/or electronic mail on all parties or persons requiring notice:

- SIMON ARON saron@wrslawyers.com
- CHAPTER 11 - RN USTPRegion17.RE.ECF@usdoj.gov
- J CRAIG DEMETRAS mail@demetras-oneill.com, jcd@demetraslaw.com
- ELSA M. HOROWITZ ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- ROYI MOAS rmoas@wrslawyers.com, mshield@wrslawyers.com
- U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov
- JARED A. DAY jared.a.day@usdoj.gov

(2) via United States mail, postage fully prepaid on the (a) Debtor and the 20 Largest Unsecured Creditors, and (b) Lienholder(s) of 2700-2750 Sloat Boulevard, San Francisco, California 94116 requiring notice:

| | | |
|---|---|---|
| DEBTOR<br>2700 Sloat Holding, LLC<br>One East Liberty Street, Suite 650<br>Reno, NV 89501 | Solomon Cordwell Buenz<br>255 California Street, 3rd Fl.<br>San Francisco, CA 94111 | Jeffer Mangels Butler Mitchell LLP<br>Two Embarcadero, 5th Fl.<br>San Francisco, CA 94111 |
| Reubin Junius Rose<br>One Bush Street, Suite 600<br>San Francisco, CA 94104 | State Board of Equalization Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Employment Development Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Social Security Administration 160 Spear Street, Suite 800<br>San Francisco, CA 94105 | Franchise Tax Board<br>Bankruptcy Section<br>MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Nevada Labor Commission<br>Bankruptcy Department<br>1818 College Pkwy, Ste 102<br>Carson City, NV 89706-7986 |

State of Nevada Employment
Security Division
500 E. Third Street
Carson City, NV 89713-0001

Nevada Department of Taxation
Bankruptcy Department
1550 College Pkwy, Ste 115
Carson City, NV 89706-7937

Nevada Department of Taxation
Bankruptcy Department
700 E. Warm Springs Rd,
Ste 200
Las Vegas, NV 89119-4311

Internal Revenue Service
Bankruptcy Department
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Department of Taxation
Bankruptcy Department
4600 Kietzke Lane, Ste L-235
Reno, NV 89502-5045

U.S. Trustee - Rn - 11
300 Booth Street, Ste 3009
Reno, NV 89509-1362

<u>LIENHOLDER</u>
Aminam, LLC
Attn.: Shira M. Namvar,
Manager and Agent for
Service of Process
12173 Leven Lane
Los Angeles, CA 90049

<u>LIENHOLDER</u>
Aminam, LLC
Attn.: Ezri Namvar
1212 Wilshire Boulevard, Suite 555
Los Angeles, CA 90025

By Jean Lee
Jean Lee, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP