ROYI MOAS (State Bar No. 10686)
rmoas@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590
South Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

SIMON ARON (CA State Bar No. 108183) (admitted pro hac vice)
saron@wrslawyers.com
ELSA M. HOROWITZ (CA State Bar No. 195689) (admitted pro hac vice)
ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Secured Creditor
LONE OAK FUND, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>2700 SLOAT HOLDINGS, LLC,<br><br>Debtor. | Case No. 25-50584-gs<br><br>Chapter 11<br><br>**SECURED CREDITOR LONE OAK FUND, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF RAELYNN HICKEY FILED IN SUPPORT OF DEBTOR OBJECTION TO MOTION OF SECURED FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Judge: Hon. Gary A. Spraker<br><br>Hearing Information:<br>Date: September 23, 2025<br>Time: 1:30 p.m.<br>Place: Zoom Hearing |

**COMES NOW** Lone Oak Fund, LLC, a California limited liability company, the secured creditor herein ("Lone Oak"), and subjects its Evidentiary Objections to the Declaration of Raelynn Hickey (the "Hickey Declaration") (Dkt. 66) filed in support of the Objection ("Objection") of debtor 2700 Sloat Holding, LLC (the "Debtor") (Dkt. 65) to

Lone Oak's Motion for relief from the automatic stay (the "Motion") (Dkt. 48) with respect to that certain real property located at 2700-2750 Sloat Boulevard, San Francisco, California 94116 (the "Property") as follows:

1. Hickey Declaration, ¶¶ 11,12, 13:

Objection is made under Federal Rule of Evidence ("F.R.E."), Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.") and also under F.R.E. Rule 701 as an improper lay opinion requiring a legal or other expert opinion.

2. Hickey Declaration, ¶¶ 31, 32:

Objection is made under F.R.E. Rule 802 as hearsay since no such documents have been placed into evidence, and F.R.E. 1004 (evidence offered to prove the contents of an original writing or recording is *not* admissible, unless the original or a duplicate itself is *also* admitted. *United States v. Chavez*, 976 F.3d 1178, 1194 (10th Cir. 2020)) and no exception applies to requirement of an original or duplicate of the document to allow evidence of its contents.

2. Hickey Declaration, ¶ 38:

Objection is made under F.R.E. Rule 802 as hearsay since no such documents have been placed into evidence, and F.R.E. 1004 (evidence offered to prove the contents of an original writing or recording is *not* admissible, unless the original or a duplicate itself is *also* admitted. *United States v. Chavez*, 976 F.3d 1178, 1194 (10th Cir. 2020)); no exception applies to requirement of an original or duplicate of the document to allow evidence of its contents; F.R.E Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.").

4. Hickey Declaration, ¶¶ 39, 40:

Objection is made under F.R.E. Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal

knowledge of the matter.") and also under F.R.E. Rule 701 as an improper lay opinion upon inherently speculative matters and without any foundation.

3. <u>Hickey Declaration, ¶¶ 45, 46:</u>

Objection is made under Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), F.R.E. Rule 802 as hearsay since no such documents have been placed into evidence, F.R.E. 1004 (evidence offered to prove the contents of an original writing or recording is *not* admissible, unless the original or a duplicate itself is *also* admitted. *United States v. Chavez*, 976 F.3d 1178, 1194 (10th Cir. 2020)) and no exception applies to requirement of an original or duplicate of the document to allow evidence of its contents, and F.R.E. Rule 701 as an improper lay opinion.

4. <u>Hickey Declaration, ¶ 48:</u>

Objection is made under F.R.E. Rule 802 as hearsay since no such documents have been placed into evidence, F.R.E. 1004 (evidence offered to prove the contents of an original writing or recording is *not* admissible, unless the original or a duplicate itself is *also* admitted. *United States v. Chavez*, 976 F.3d 1178, 1194 (10th Cir. 2020)); no exception applies to requirement of an original or duplicate of the document to allow evidence of its contents), F.R.E Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.") and F.R.E. Rule 701 as an improper lay opinion.

5. <u>Hickey Declaration, ¶ 51:</u>

Objection is made under Rule 602 ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."), F.R.E. Rule 802 as hearsay since no foundation has been provided for the document authored by another, and F.R.E. Rule 701 as an improper lay opinion.

/ / /

/ / /

For all the reasons set forth hereinabove, Lone Oak submits that the foregoing statements and documents are inadmissible and should not be considered in ruling on the Motion

DATED: September 16, 2025

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: */s/ Simon Aron*
SIMON ARON
Attorneys for Secured Creditor, Lone Oak Fund, LLC, a California limited liability company

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, a true and correct copy of **SECURED CREDITOR LONE OAK FUND, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF RAELYNN HICKEY FILED IN SUPPORT OF DEBTOR OBJECTION TO MOTION OF SECURED FOR RELIEF FROM THE AUTOMATIC STAY** was served via the United States District Court CM/ECF system and/or electronic mail on all parties or persons requiring notice:

- SIMON ARON saron@wrslawyers.com
- CHAPTER 11 - RN USTPRegion17.RE.ECF@usdoj.gov
- J CRAIG DEMETRAS mail@demetras-oneill.com, jcd@demetraslaw.com
- ELSA M. HOROWITZ ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- ROYI MOAS rmoas@wrslawyers.com, mshield@wrslawyers.com
- U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov
- JARED A. DAY jared.a.day@usdoj.gov

By ______________________ (signature: Jean Lee)
Jean Lee, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP