Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 01, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2700 SLOAT HOLDING, LLC,<br><br>Debtor(s). | Case No.: 25-50584-gs<br>Chapter 11<br><br>Continued Hearing Date<br>DATE: October 14, 2025<br>TIME: 1:30 p.m. |

**ORDER SETTING ORAL RULING ON MOTION TO EXCUSE TURNOVER AND AUTHORIZING STATE COURT RECEIVER TO COLLECT RENT**

On September 30, 2025, the court held a hearing on the Motion of Secured Creditor Lone Oak Fund, LLC to Excuse Compliance with Turnover of Certain Real property Subject to State Court Receivership Pursuant to Bankruptcy Code § 543(d) (ECF No. 41) (Motion). Appearances were as noted on the record. For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the court will read into the record its oral ruling on the Motion of Secured Creditor Lone Oak Fund, LLC to Excuse Compliance with Turnover of Certain Real property Subject to State Court Receivership Pursuant to Bankruptcy Code § 543(d) (ECF No. 41) on **October 14, 2025, at 1:30 p.m.** by remote appearance via Zoom video conference.

IT IS FURTHER ORDERED that pending the court's ruling on the Motion, the state court-appointed receiver, Kevin Singer of Receivership Specialists, is authorized to collect and

hold the monthly rents paid by the debtor's tenant at its real property located at 2700-2750 Sloat Boulevard, San Francisco, California, pending further order of the court.

IT IS FURTHER ORDERED that a Courtroom Deputy will email the interested parties a link to the video conference at least one (1) day before the oral ruling with the necessary information to connect for remote attendance.

IT IS FINALLY ORDERED that the parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any interested party does not have access to Zoom video, participation may be telephonic.

IT IS SO ORDERED.

* * * * *

Copies sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #