Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 20, 2025

ROYI MOAS (State Bar No. 10686)
rmoas@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590
South Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

SIMON ARON (CA State Bar No. 108183) (admitted pro hac vice)
saron@wrslawyers.com
ELSA M. HOROWITZ (CA State Bar No. 195689) (admitted pro hac vice)
ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Secured Creditor
LONE OAK FUND, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>2700 SLOAT HOLDINGS, LLC,<br><br>Debtor. | Case No. 25-50584-gs<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF SECURED CREDITOR LOAN OAK FUND, LLC FOR RELIEF FROM THE AUTOMATIC STAY (11 U.S.C. §362(d)(1) &(2))**<br><br>Judge: Hon. Gary A. Spraker<br><br>Hearing Information:<br>Date: October 14, 2025<br>Time: 1:30 p.m. |

On October 14, 2025, the court held a continued preliminary hearing on secured creditor Lone Oak Fund, LLC's ("Lone Oak") Motion for Relief from the Automatic Stay (11 U.S.C. §362(d)(1) &(2)) [ECF No. 48] ("Motion"). Appearances were as noted on the record.

The matter was duly noticed [ECF No. 52]. Debtor 2700 Sloat Holdings, LLC ("Debtor") filed its objection to the Motion [ECF No. 65] ("Objection") and Lone Oak filed its reply to Debtor's Objection [ECF No. 68] ("Reply"). The Court conducted a preliminary hearing on the Motion September 30, 2025. Appearances were as noted on the record. Following oral argument, the Court determined that a final hearing was not necessary and the preliminary hearing was continued to October 14, 2025, for the Court's oral ruling.

The Court having considered the Motion, Debtor's Objection, Lone Oak's Reply, Debtor's Supplemental Declaration, and all related documents [ECF Nos. 48, 51, 65, 66, 69. 69, 74 and 75], as well as the statements and arguments of counsel, and for all of the reasons stated on the record and in the Motion,

**IT IS HEREBY ORDERED** that Lone's Motion [ECF No. 48] is **GRANTED** under 11 U.S.C. § 362(d)(1) for "cause" and the automatic stay imposed under 11 U.S.C. §362(a) as to Lone Oak, its agents, successors and assigns and all those acting on its behalf, is hereby lifted as to the real property commonly known as 2700-2750 Sloat Boulevard, San Francisco, California 94116 and legally described as:

> LOTS 7 AND 8, AS SHOWN ON THE CERTAIN MAP ENTITLED, "PARCEL MAP, BEING A MERGER AND RESUBDIVISION OF THE LANDS DESCRIBED IN GRANT DEEDS, F919 OFFICIAL RECORDS, PAGE 614 AND F669, OFFICIAL RECORDS, PAGE 475, ALSO BEING A MERGER AND RESUBDIVISION OF ASSESSOR'S LOTS 2-A, 4, 5 AND 6, ALSO BEING ALL OF ASSESSOR'S BLOCK NO. 2514, ALSO BEING ALL OF SUNSET BLOCK NO. 1285, SAN FRANCISCO, CALIFORNIA", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, ON MARCH 12TH, 1999, IN BOOK 44 AT PAGE 10, OF PARCEL MAPS.

ASSESSOR'S PARCEL NUMBER: Block 2514 Lot 007 and Block 2514 Lot 008 (the "Subject Property")

**IT IS FURTHER ORDERED** that Lone Oak, its agents, successors and assigns and all those acting on its behalf, may pursue its state law remedies against the Subject Property to enforce its security interests, including repossession, foreclosure and sale of its interest in the Subject Property.

**IT IS FURTHER ORDERED** that this Order is effective upon entry in accordance with Fed. R. Bankr. P. 4001(a)(4).

Submitted by:
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

*/s/ Simon Aron*
ROYI MOAS (State Bar No. 10686)
3773 Howard Hughes Parkway, Suite 590
South Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

SIMON ARON (CA State Bar No. 108183)
(admitted pro hac vice)
ELSA M. HOROWITZ (CA State Bar No. 195689)
(admitted pro hac vice)
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Secured Creditor
LONE OAK FUND, LLC

**LR 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

____ No party appeared at the hearing or filed an objection to the motion.

X_ I have delivered a copy of this proposed order to all Attorneys or unrepresented parties who appeared at the hearing or filed and served objections, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED

/s/ *Jared A. Day*

Jared A. Day, Esq.
Trial Attorney for the United States Trustee

APPROVED

*/s/ J. Craig Demetras*

J. Craig Demetras, Esq.
Attorney for Debtor

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(f), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2025

*/s/ Simon Aron*

Attorneys for Secured Creditor
LONE OAK FUND, LLC

###