Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
November 04, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2700 SLOAT HOLDING, LLC,<br><br>Debtor(s). | Case No.: 25-50584-gs<br>Chapter 11<br><br>Hearing Date<br>DATE: October 30, 2025<br>TIME: 1:30 p.m. |

**ORDER DISMISSING CASE**

On October 30, 2025, the court held a hearing on its Order to Show Cause re: Dismissal (ECF No. 81) (OSC). Appearances were as noted on the record. For the reasons stated on the record and in the OSC, and in light of the debtor's non-opposition to dismissal (ECF No. 83), with no opposition to dismissal having been submitted,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Court is requested and directed to provide notice of the dismissal of this case to the debtors, all creditors, and other parties in interest.

IT IS SO ORDERED.

* * * * *

Copies sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #